**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**
_____ DIVISION

APR 08 2016

JAMES W. McCORMACK, CLERK

By:_____ *LBu* DEP CLERK

CASE NO. ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮   Jury Trial: ☑ Yes ☐ No
(Check One)

I.  Parties

*5:16-CV-105-BSM-JTR*

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff:  Reginald Lamont Dunahue
ADC #  #106911

Address:  *Varner Max. Prison*

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

**This case assigned to District Judge** *Miller*
**and to Magistrate Judge** *Ray*

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant:  *ADC.* ▮▮▮▮▮▮ *Kennie Bolden*
Position: *Correctional Chief Of Security*
Place of employment:  *ADC  Varner Max*
Address: *P.O. Box 20550  Pine Bluff, AR. 71612*
Name of defendant: *Mark Stephens*
Position: *Correctional Captain*

-1-

Place of employment: AOC   Varner Max

Address: P.O. Box 20550  Pine Bluff, AR, 71612

Name of defendant: Sedrick Foote

Position: Correctional Sergeant

Place of employment: ADC (Varner) Max

Address: P.O. Box 20550  Pine Bluff, AR, 71612

Name of defendant: ~~Frank Brooks   Jordan Somme~~

Position: Correctional Sergeant

Place of employment: ADC (Varner)

Address: P.O. Box 20550  Pine Bluff, AR, 71612

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ____    No X

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐    Parties to the previous lawsuit:

             Plaintiffs: NONE

             _____

             Defendants: NONE

             _____

-2-

<u>Defendants:</u>        <u>Addresses:</u> Arkansas Dept. Of Correction.

Lieutenant Bruce Warren    ADC-Varner Max.
Lieutenant Joseph Bivens   ADC-Varner Max.
Lieutenant Phillip Esau    ADC-Varner Max.
Lieutenant James Plummer   ADC-Varner Max.
 Sergeants-Rogers and James, Hoe Squad Riders  ADC-Varner.
 Sergeants-Childress, Perkins, Lloyd, McConnell, Williams,W.
and Davis  ADC-VSM / Varner Max.
 Wardens-Randy Watson, Moses Jackson, Jeremy Andrews
and Budnik, ADC-VSM, Varner Max
 ADC. Director-Marshal Reed@ Board Of Corrections

3.

     ☐    Court (if federal court, name the district; if state court, name the county):

_none_

     ☐    Docket Number: _none_

     ☐    Name of judge to whom case was assigned: _none_

     ☐    Disposition: (for example: Was the case dismissed?  Was it appealed?
          Is it still pending?) _none_

     ☐    Approximate date of filing lawsuit: _none_

     ☐    Approximate date of disposition: _none_

IV.   Place of present confinement: **Varner Prison**

V.    At the time of the alleged incident(s), were you:
    (check appropriate blank)

    _____ in jail and still awaiting trial on pending criminal charges

    __X__ serving a sentence as a result of a judgment of conviction

    _____ in jail for other reasons (e.g., alleged probation violation, etc.)
          explain: _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
    of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a
    prisoner grievance procedure in the Arkansas Department of Correction, and in several county
    jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in
    this complaint may result in the dismissal without prejudice of all the claims raised in this
    complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

         Yes _✓✓_ No _____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the
         grievance procedure? **Yes**

STATE OF ARKANSAS                )
                                 ) §
COUNTY OF Lincoln                )                                    800-4

## Statement Of Claim.
### AFFIDAVIT

I, Reginald Dunahue , after first being duly sworn, do hereby swear, depose and state that: 1. All of the defendants While under Color Of Federal and State Laws — Subject me to harsh and atypically Unconstit— utional treatment 24 hours—a—day, 7 days—a—week.

2. defendants deny me Dental Care — Cleanings & Extractions dental techs Persistently Schedule for me.

3. defendants subdects me to Sever Shoulder Pain & Indury by the way they hog tie me so dental techs can try to operate on me.

4. defendants "Hog Tie Practice" inflicts Pain to my wrists and Cuts off my blood's Circulation.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

3-29-2016
DATE

R. Dunahue
AFFIANT

430 51 1864
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 29th day of March , 20 16 .

Felicia Piggee
NOTARY PUBLIC

My Commission Expires: 01-31-2021

FELICIA PIGGEE
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 01-31-2021
Commission # 12382202

5.

## Statement Of Claim

5)■. This 42 U.S.C. §1983 Complaint is under 28 U.S.C. §1331 Jurisdiction——

6)■. All of the defendants are Employeed by Arkansas Dept. of Correction, which makes them State agents and Under color of the State Law.

7)■. While under the color Of State Law,, all of the defendants Knowingly, Willfully, and without Concern of being Punished—— Denied me, R. Donahue dental care On 7/18/2014, 7/28/2014, 8/03/2015, 8/25/2015, 10/06/2015, 11/03/2015, 12/01/2015, 12/10/2015, 01/08/2016, 01/11/2016, 01/26/2016, 02/18/2016, 03/15/2016, and 04/03/2016——
I, Reginald have cavities and a wisdom tooth that Emerged Crookedly, Consequently Pushing Other teeth against Each Other—So i'm in alot of Pain, now!

8)■. The Warden—Moses Jackson has Officers HOG-TYING me, Reginald, injuring me, and hurting me Persistently and Callously through the act of hog tying me, and having me hog tied While I've tried to recline on a dental Chair at Varner Prison's dental Chair.

The hog tie action force my Left Shoulder bone of its sock-et on 7/8/2014; I forced my Shoulder bone back in Place Seconds later as the Guards and dentist's assistant, Lud-lam, looked on. And ever Since, my Shoulder has been in disrepair I'm on medicine to Solve, but the meds doesn't.

By me being hog tied by all of the defendants its Pain-ful for me to Lie down on the chair and Get teeth cleanings, and Extractions. So, defendants' hog tying action pains me Severely and interferes with my reception of dental care by Con-tracted dentists, and hygienists.

99) ■. Defendants are not Permitting me, Reginald Dunahue to obtain dental health Care, and Defendants' denials violates my Eighth and fourteenth U.S. Constitutional Amendment Rights.

*Reginald Dunahue*

Requested Relief.

1. Each defendant be ordered to immediately cease HOG-TYI-NG Me, Reginald, When Scheduled for dental Care——

2. Each defendant be Ordered to immediately Cease denying Me dental health Care, and

3. Each defendant be Ordered to Confer $7,000 to Me, Reginald for both Compensatory and nominal damages—and $7,000 for punitive damage. Also, $10,000 from Each defendant for My Physical Suffering of Pain and injury, be Ordered.

Reginald Dunahue 106911@,
Varner Prison in Grady, AR.

8.

**ADC HEALTH SERVICE REQUEST FORM**                    MSF-202C    revised 2013

| Name (Last, First, MI): Dunahue Reginald L | ADC #: 106911 | Date of birth: 12/18 | Barracks: I50.4 | Date of Request: March the 22nd 2016 |

Job Assignment:

Description of the problem: Tooth Decay, Cavity and w=500m -Grown tooth Causes me daily Pain.

I consent to be treated for the above problem. I understand that in accordance with the Department of Corrections policy, i will be charged for healthcare services through deductions of applicable co-payment charges from my resident account, and that if i have insufficient funds to cover the charge, the amount of the co-pay will be set up as an outstanding debt

INMATE'S SIGNATURE: R Dunahue        DATE: 3/22/16

**************************************************************************************

## FOR MEDICAL USE ONLY

FACILITY NAME: _____

PRIORITY 1: See within 24 hours- emergent need ☐          PRIORITY 3: See within 72 hours- routine request ☐

PRIORITY 2: See within 48 hours- urgent need ☐          PRIORITY 4: Face-to-face visit not needed; respond to request in writing ☐

DATE TRIAGED: 3/28/16        TRIAGED BY: (NAME) _____ (TITLE) _____

If the EHR is unavailable, enter nursing sick call notes in this area:

| Vital Signs: BP | Pulse | Temp | Resp | Wt |

Protocol Used:

Subjective:

Objective:

Plan:

Education:

Refer to: [ ] Physician        [ ] Mid-level        [ ] Mental Health        [ ] Dental        [ ] Other (List):

Medical Staff Name:

Medical Staff Signature:        Title        Date/time:        Unit

Inmate Name:        ADC #:        Date of Birth:

*(Rejected)*                                                              u/2HA

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # VSM15-1799 |
| | Date Received: 11/2/15 |
| | GRV. Code #: 207 |

Unit/Center VSM

Name Reginald Dunahue

ADC# 106911   Brks # CB#1   Job Assignment

10/27/15 (Date) STEP ONE: Informal Resolution

10/30/15 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Harm Is being Done
to me bodily

_____ , (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* NO *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I and Other individuals housed in the VSM haven't Maimed, Laimed nor Killed Some body In the ADC to justify ADC, Captains, Lieutenants, Sergeants and Major to handCuff US backwards, have US shackled and rethered when I and Others are being examined, treated and extetra by Hygienists, Nurses, Doctors, Dentists, etcetera. Over-Excessive application of hand & ankle Cuffs to the back of me, Creates Severe Pain and injury trying to lay backwards on a chair and/or table so Medical Professionals can treat me. Therefor the VSM-Security, Wardens and ADC directors are interfering with me receiving dental & medical Care, the federal Courts have ruled is a guaranteed Right for inmates to receive. VSM-Wardens Watson & Budnick, Major Dolden and Captain Stephens Claim i'm refusing Medical & Dental Care because their handCuffs Prevents me to recline w/o feeling Severe Pain and injury at dental Calls and doctor Calls. Notice!! Medical & Dental Professionals Can not adequately treat US and check US out When We're Excessively bound UP Backwards awkwardly.

R Dunahue                                    10-27-2015
Inmate Signature                             Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? RECEIVED _____ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

Hagge              3993L            Hagge          NOV 1 2 2015    10-2-7-15
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: In matter review by security
escort by full officer and hand cuffing w/ 2 second
person. It is not his own discretion. If inmate is not receiving
Dental treatment it is on him.
_____ 10/29/16                    R Dunahue 10-30-15
Staff Signature & Date Returned         Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: Ricky Webb    Date: 10-31-15
Action Taken: NOV 2 2015 _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

*CB1/144*

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Dunahue, Reginald
FROM:  Redwood, Sandra
DATE:  11/02/2015

ADC #:  106911B
TITLE:  ADC Inmate Grievance Coord
GRIEVANCE #:  VSM15-04799

Please be advised, I have received your Grievance dated 10/27/2015 on 11/02/2015 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

◌ This Grievance will be addressed by the Warden/Center Supervisor or designee.

◌ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

◌ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

◌ This Grievance has been determined to be an emergency situation, as you so indicated.

◌ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◉ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Warden Watson, Major Malone & Major Bolden, Captain Stephens, And Lieute-
nants Esaw & Plummer—ALSO, Deputy Director Marshal Reed And Director
Kelley denies Me° Right to be Medically Treated And Get dental Care.

Inmate Signature                          ADC #                          Date

Reginald Dunahue                    106911              11/4/2015

RECEIVED

NOV 1 2 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT400                          Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-04799

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

October 27, 2015, you grieved that, " I and other individuals housed in the VSM haven't maimed, Laimed nor killed somebody in the ADC to justify ADC. Captains, Lieutenants, Sergeants and major to handcuff us backwards, have us shackled and tethered when I and others are being examined, treated and etcetera by gyginists, nurses, Doctors, Dentists, etcetera. Over-excessive application of hand & ankle cuffs tot he back of me creates Severe Pain and injury trying to lay backwards on a chair and/or table so medical professionals can treat me.. Therefore the VSM-Security, Wardens and ADC Directors are interfering with me receiving dental & medical care, the federal courts have ruled is a guaranteed right for inmates to receive. VSM-Wardens Watsons & Budnick, Major Bolden and Captain Stephens claim im refusing medical & dental Care because their handcuffs Prevents me to recline w/o feeling severe pain and injury, at dental Calls and doctors call. Notice!! Medical & dental Professionals can not Adequentely treat us and check us out when we're excessively bound up Backwards awkwardly."

Your complaint was rejected at the unit level on November 2, 2015 for being frivolous.

Upon reviewing this Formal Grievance dated 10/27/15 in regards to your complaint about being handcuff during medical treatment for response on appeal. It is noted that the issue in which you are grieving centers around the same issue that you have already grieved in your previous grievances. Since I have already very thoroughly addressed this issue and my response remains the same on this matter, I find no need to re-address this same issue again.

I find no merit to your complaint.

Appeal denied

_____          12-16-15
Director                                   Date

IGTT410                                                                    Attachment III
3GS

INMATE NAME:  Dunahue, Reginald          ADC #:  106911B          GRIEVANCE #:  VSM14-03155

### WARDEN/CENTER SUPERVISOR'S DECISION

I response to your grievance: Inmate Reginald Dunahue, you state, "Admin. Regulation provides: Hand cuffs, leg Irons, Etc. shall be removed once an inmate is put in a secure area Warden Watson rejects grievances on how c/o's leave me in restraints after I'm locked in cells on visitation room to examine my medical jacket; also c/o's leave me in restraints after they lock me in hall-cages at VSM Unit.. Cells on visitation room,, and the cages in the hallway at the VSM once locked are secure areas; so Unit Warden Watson is not in compliance with ADC's Admin. Regulation 833,, and causes physical harm to my wrists. ADC's"

Inmate Dunahue, restraints is security equipment used to prevent escape, assault, or the commission of some other offense to protect employees, offenders, and other individuals. Per VU 27.5.0, Handcuffs may be employed to restrain any offender in segregation when said offender is moved within the unit and leg irons can also be used to provide additional security. Restraint devices shall not be removed until the offender is placed in a secure area or upon the express approval of the warden/center supervisor, chief of security, or designee. Restraints will not be used longer than is necessary. The purpose of the inmate grievance procedure is to solve complaint problems that may have merit. It is not meant to be used to make incoherent statements, pose questions problems, or make suggestions.

Based on the information you provided in your complaint, I find no evidence to support your allegations against staff, as you failed to list specifics in accordance with AD 14-16. Therefore, I find this issue without merit.

_____          RECEIVED          _____          _8-26-14_
Signature of Warden/Supervisor or Designee                   Title                   Date

SEP 1 0 2014

---

### INMATE'S APPEAL

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?  Instances of when & where VSM. inmates are being left in handcuffs, Leg irons, tether too Was specified here, but watson doesn't admit VSM's Way if using the afore mentioned Equipment Violates A.R. 833, Cause it does.

_R. Dunahue_                    _106911_                    _8|26|14_
Inmate Signature                ADC#                        Date

IGTT410                          Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM14-03155

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

Based on the Warden's response in which he states in part, "Inmate Dunahue, restraints is security
equipment used to prevent escape, assault, or the commission of some other offense to protect employees,
offenders, and other individuals. Per VU 27.5.0, Handcuffs may be employed to restrain any offender in
segregation when said offender is moved within the unit and leg irons can also be used to provide additional
security. Restraint devices shall not be removed until the offender is placed in a secure area or upon the
express approval of the warden/center supervisor, chief of security, or designee. Restraints will not be used
longer than is necessary. The purpose of the inmate grievance procedure is to solve complaint problems
that may have merit. It is not meant to be used to make incoherent statements, pose-questions problems,
or make suggestions.
Based on the information you provided in your complaint, I find no evidence to support your allegations
against staff, as you failed to list specifics in accordance with AD 14-16. Therefore, I find this issue without
merit."

I find that I concur with the unit's response.

Appeal denied

_____          10-13-2014
Director                                        Date

Mr. Jackson

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center __VSM__

Name __Reginald Dunahue__

ADC# __106911__ Brks # __6-03__ Job Assignment _____

| FOR OFFICE USE ONLY |
|---|
| GRV. # _VSM-14-2595_ |
| Date Received: _7-18-14_ |
| GRV. Code #: _850_ |

__7-10-14__ (Date) STEP ONE: Informal Resolution VSM TREATMENT OFFICE

__7-16-14__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __A review wasn't done.__

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* __NO__ *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): Varner's one-man-cell-Court Warden, Watson, should stop how D-W Jackson has employees escorting inmates to Medical & Dental Appointments, shackled backwards & Inmates are being hurt that way and, especially when the inmate is required to lay back on a table or chair for an exam or extraction. All cuffs should be applied frontwards and double-locked, if Medics, and dental folks need to give Medical & Dental Care to inmates in the VSM, If an inmate isn't acting like he wants to hurt somebody @ the time a C.O. approaches, ain't no justification for D-W Jackson to have me suffering pain and discomfort while I'm being aided by Medics & dental folks, And I.e. D-unahue's Left shoulder popped out of socket by lying backwards, shackled backwards & strapped, while @ dental call on 7-08-14. The shackles are what helped bring Black Aborigines to South & North America, and this Power-struck Negro, Jackson, got me bound backwards and being hurt when @ doctor, or dental call.

__R. Dunahue__                                      __7-10-2014__
Inmate Signature                                      Date
*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department _____ WARDEN/UNIT level _____ Date

__Angree__        __7950__        __Angee__        __07-10-14__
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received
Describe action taken to resolve complaint, including dates: Mr. Jackson advised policy and safety indicates that administrative segregation are to be restrained in the back.

RECEIVED

__Angee 07-16-14__
Staff Signature & Date Returned        Inmate Signature & Date Received
This form was received on __07-16-14__ (date), pursuant to Step Two. Is it an Emergency? __N__ (Yes or No).
Staff Who Received Step Two Grievance _____ Date: __07-16-14__
Action Taken: _____ (Reviewer/Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back

IGTT410                                                                    Attachment III
3GS

INMATE NAME: Dunahue, Reginald          ADC #: 106911B          GRIEVANCE #: VSM14-02595

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, Varner's one man cell court Warden Watson should stop how D-W Jackson has employees escorting inmates to Medical & Dental appointments, shackled backwards. Inmates are being hurt that way and especially when the inmate is required to lay back on a table or chair for an exam or extraction. All cuffs should be applied frontwards and double locked, if Medics , and dental folks need to give Medical & dental care to inmates in the VSM, If an inmate isn't acting like he wants to hurt somebody @ the time a.c.o approaches,, ain't no justification for D-W Jackson to have me suffering pain and discomfort while I'm being aided by medics & dental folks, And I. R.Dunahue's left shoulder popped out of socket by lying backwards, shackled backwards & strapped, While @ dental call on 7-8-14. The shackles are what helped bring black- aborigines to south & north americans, and this power struck Negro,, Jackson got me bound backwards and being hurt when @ doctor or dental call.

Per AD 14-15 Policy: It is the policy of the Arkansas Department of Correction to maintain security of inmates for the protection and safety of the public, staff, inmates and state property. It is the policy of the Department of Correction to ensure secure procedures and safety precautions are instituted while escorting and/or transporting inmates at all times.Procedures: Department employees shall use or apply proper security procedures and safety precautions when transporting and/or escorting inmates at all times. AR 403 Use of Restraints: Upon the determined of the Warden/Center Supervisor, Chief administrative officer, or designee, handcuffs and leg irons may be utilized when escorting/ moving offenders within or on a unit/center. A, Leg irons may also be utilized to provide additional security. Handcuffs and/or security belts may be employed to restrain any offender in segregation when said offender is moved within the unit/center. Therefore inmates will be handcuffed in the back with no exception for security safety and the good order of the institution.

Therefore I find this issue without merit.

_____                    **RECEIVED**   _____     7-22-14
Signature of Warden/Supervisor or Designee                Title                          Date

JUL 28 2014

### INMATE'S APPEAL

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION
If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? Before =Im Ashley Kaufman Scratched Ex.Officer Johnson... No inmate were escorted to Medical appointments cuffed backwards. And Warden Watson En-abled the inmate to Scratch officer Johnson, because Watson told Clo's: <u>One</u> clo Could escort inmates w/o being ankle Cuffed in the VSM,,So Johnson done so.

_____                    106911                    7-24-14
Inmate Signature                            ADC#                       Date

IGTT430
3GD

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM14-02595

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

Your complaint is how inmates are shackled backwards.

Based on the Warden's response in which he states in part, "Per AD 14-15 Policy: It is the policy of the Arkansas Department of Correction to maintain security of inmates for the protection and safety of the public, staff, inmates and state property. It is the policy of the Department of Correction to ensure secure procedures and safety precautions are instituted while escorting and/or transporting inmates at all times.Procedures: Department employees shall use or apply proper security procedures and safety precautions when transporting and/or escorting inmates at all times. AR 403 Use of Restraints: Upon the determined of the Warden/Center Supervisor, Chief administrative officer, or designee, handcuffs and leg irons may be utilized when escorting/ moving offenders within or on a unit/center. A, Leg irons may also be utilized to provide additional security. Handcuffs and/or security belts may be employed to restrain any offender in segregation when said offender is moved within the unit/center. Therefore inmates will be handcuffed in the back with no exception for security safety and the good order of the institution.
Therefore I find this issue without merit."

I find that I concur with the unit's response.

Appeal denied

_____          9-4-2014
Director                                  Date

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: VSM

Name: Reginald Dunahue

ADC#: 106091 1   Brks # ISO-4   Job Assignment: _____

FOR OFFICE USE ONLY
GRV. #: VSM15-364
Date Received: 8/17/15
GRV. Code #: 500

8/11/15 (Date) STEP ONE: Informal Resolution

8/11/15 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: No Corrective Actions were taken

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? NO  If yes, circle one: medical or mental
BRIEFLY state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print)

[handwritten complaint, partially illegible]

Inmate Signature: Dunahue   Date: 8/11/2015

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

PRINT STAFF NAME (PROBLEM SOLVER) ___ ID Number ___ Staff Signature ___ Date Received

Describe action taken to resolve complaint, including **dates**: _____

RECEIVED
SEP 2 3 2015
INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

Staff Signature & Date Returned ___ Inmate Signature & Date Received: B. Dunahue

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: Sgt Kues   Date: 8/16/15
Action Taken: Grievance Box (Forwarded to Grievance Officer/Warden/Other) Date: ____
If forwarded, provide name of person receiving this form: _____ Date: ____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410
3GS

Attachment III

INMATE NAME: Dunahue, Reginald          ADC #: 106911B          GRIEVANCE #: VSM15-03641

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, The restraints imposed on me Dunahue during medical Dental and Eye Care Service acting Violet and medical Record Reviews are excessive painful, and degrading. Without me acting Violet nor in a dangerous manner towards Lt. Esaw on 8/3/2015 - Lt. Esaw hand cuffed me in a way that inflicted Physical Pain of my wrists, inflicted under Physical discomfort on me and restricted my bloods circulation as I was being Examined by dr. Clowers - so change in how im hand cuffed for Doctor-APN-Call, Dental - Call and Eye-Health Clinic-Call and exams must be made, because Lt. Plummer refused to correctly apply cuffs on me on 7/28/15 Which would've been frontwards being that dental and Eye Health Providers wanted me brought the MEDICAL OFFICE. A.D. # 14-42, Promulgates Mech. Restraints should be put on Mental Health Visits, Medical Services- treatments, screenings and exams. If inmates have Previously assaulted or tried to assault Mental or Medical Services Staff.. I've never assaulted nor tried to assault Medical or mental health Staff.

PER AD: 12-16 Inmate Grievance Procedure 2. Only one Unit Level Grievance Form (Attachment I) can be submitted per grievance and only one problem/issue should be stated in the grievance, not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed.

Sgt. Esaw advise he have not applied handcuffs in any way to inflict injury to inmate Dunahue. Inmates are handcuffed to the back for security.
However, Inmate Dunahue you stated that you seen Dr. Clowers on 8/3/15, according to documentation you did not mention to Dr. Clower that you were experiencing any pain in you wrist, discomfort or having blood circulation problems while being examined.

Therefore I find this issue without merit.

| | | |
|---|---|---|
| Signature of Warden/Supervisor or Designee | Title | Date |
| | _Wade_ | 9-14-15 |

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? *Warden Watson signed off on Pure B/s. Aint No Doctor here name Clowers And I shouldn't have to tell her Something She Saw for herself.*

RECEIVED

SEP 2 3 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

_____    _____    _____
Inmate Signature                          ADC#                  Date

C 06911                             9-15-15

RECEIVED

SEP 2 3 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-03641

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

September 11, 2015, you grieved that, "The restraints imposed on me Dunahue during medical Dental and Eye Care Service acting Violet and medical Record Reviews are excessive painful, and degrading. Without me acting Violet nor in a dangerous manner towards Lt. Esaw on 8/3/2015 - Lt. Esaw hand cuffed me in a way that inflicted Physical Pain of my wrists, inflicted undue Physical discomfort on me and restricted my bloods circulation as I was being Examined by dr. Clowers - so change in how im hand cuffed for Doctor-APN-Call, Dental - Call and Eye-Health Clinic-Call and exams must be made, because Lt. Plummer refused to correctly apply cuffs on me on 7/28/15 Which would've been frontwards being that dental and Eye Health Providers wanted me brought the MEDICAL OFFICE. A.D. # 14-42, Promulgates Mech. Restraints should be put on Mental Health Visits, Medical Services- treatments, screenings and exams. If inmates have Previously assaulted or tried to assault Mental or Medical Services Staff.. I've never assaulted nor tried to assault Medical or mental health Staff."

The Warden responded, "PER AD: 12-16 Inmate Grievance Procedure 2. Only one Unit Level Grievance Form (Attachment I) can be submitted per grievance and only one problem/issue should be stated in the grievance, not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed.
Sgt. Esaw advise he have not applied handcuffs in any way to inflict injury to inmate Dunahue. Inmates are handcuffed to the back for security.
However, Inmate Dunahue you stated that you seen Dr. Clowers on 8/3/15, according to documentation you did not mention to Dr. Clower that you were experiencing any pain in you wrist, discomfort or having blood circulation problems while being examined.
Therefore I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied

_____          10 - 27 - 15
Director                                                  Date

IGTT430                              Page 1 of 1

Mr. Watson

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center __VSM__

| | | | FOR OFFICE USE ONLY |
|---|---|---|---|
| **Name** | Reginald Dunahue | SEP - 1 2015 | GRV.# _VSM 15-03960_ |
| | | | Date Received: _8-8-15_ |
| **ADC#** _106911_ | **Brks #** _ISO.4_ | **Job Assignment** | GRV. Code #: _800_ |

_9/4/15_ (Date) STEP ONE: Informal Resolution

_9/5/2015_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Problem Continues And_
_It Blocks MY Access to Health Care._

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

---

_Is this Grievance concerning Medical or Mental Health Services?_ __NO__ _If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print) Warden Watson Shall be held liable under the 8th amendment for showing Deliberate Indifference to my health and safety because She knows of the harm I've received when cuffed & strapped back-wards And lying backwards in a dentist-Patient's chair, and Medical Exam table. But Randy Watson disregards the possibility I'll be injured again cuff-ed & strapped backwards on the dentist-Patient's chair And Medical Exam Table ████ she fails to permit me to be seen & treated by dental techs and nurses/Physicians, Etc. hand cuffed frontwards. A.D. 14-42 Page # 4, Use of Restraints for Medical services, section, Advises—Hand Cuffs should be Put on me backwards if I assaulted, or threatened to assault medical staff bef-ore. I haven't done either but Randy Watson didn't allow me to go to dental & Eye Care Clinic Calls on 8/25/2015, because I wouldn't accept being cuffed by Security backwards.

RECEIVED
OCT 14 2015
INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION

R. Dunahue                                               9-1-15

RECEIVED
SEP - 8 2015

**Inmate Signature**                          **Date**

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance VARNER
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Pigg ee                      39936                                              09-01-15
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                Date Received

Describe action taken to resolve complaint, including **dates**: _Mr Watson advised according to medical_
_there is no medical reasons for you to be cuffed in the front to be seen. Due to violent history_
_you will be cuffed in the rear. You always stated to staff that if you wasn't cuffed in the front you_
_didn't want to be seen, so therefore you are the one that refused medical services._
Pigg 09-03-15                                    R. Dunahue 9-3-2015

**Staff Signature & Date Returned**          **Inmate Signature & Date Received**

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _Ricky Webb_ Date: _9-5-15_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-03960

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

September 1, 2015, you grieved that, "Warden Watson shall be held liable under the 8th amendment for showing deliberate indifference to my health and safety because she knows of the harm I've received when cuffed & strapped backwards and lying backwards in a dentist patients chair and medical exam table. She fails to permit me to be seen & treated by dental techs and nurses/physicians, etc. handcuffed frontwards. A/D. 14-42 page #4 Use of restraint for medical services section advises handcuffs should be put on me backwards if I assaulted or threatened to assault medical staff before. I haven't done either but Randy Watson didn't allow me to go to dental & eye care clinic calls on 8-25-2015 because I wouldn't accept being cuffed by security backwards."

The Warden responded, "There is no medical reason for you to be cuffed in the front to be seen, due to violent history you will be cuffed in the rear. You always stated to staff that if you wasn't cuffed in the front you didn't want to be seen. So therefore you are the one that refused medical services.
Therefore, I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied

Director _____          Date   11-12-15

IGTT430                                    Page 1 of 1

IGTT410                                                                                          Attachment III
3GS

INMATE NAME: <u>Dunahue, Reginald</u>        ADC #: <u>106911B</u>        GRIEVANCE #: <u>VSM15-03960</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, Warden Watson shall be held liable under the 8th amendment for showing deliberate indifference to my health and safety because she knows of the harm I've received when cuffed & strapped backwards and lying backwards in a dentist patients chair and medical exam table. She fails to permit me to be seen & treated by dental techs and nurses/physicians, etc. handcuffed frontwards. A/D. 14-42 page #4 Use of restraint for medical services section advises handcuffs should be put on me backwards if I assaulted or threatened to assault medical staff before. I haven't done either but Randy Watson didn't allow me to go to dental & eye care clinic calls on 8-25-2015 because I wouldn't accept being cuffed by security backwards.

There is no medical reason for you to be cuffed in the front to be seen, due to violent history you will be cuffed in the rear. You always stated to staff that if you wasn't cuffed in the front you didn't want to be seen. So therefore you are the one that refused medical services.

Therefore, I find this issue without merit.

| | | |
|---|---|---|
| _Signature of Warden/Supervisor or Designee_ | _Title_ | 10-2-15 _Date_ |

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? Medical and dental Procedures are Made Painful for Us all being laid backwards hog tied.

RECEIVED

OCT 1 4 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

| | | |
|---|---|---|
| Dunahue R | 106911 | 10/6/15 |
| _Inmate Signature_ | _ADC#_ | _Date_ |

IGTT410                              Page 1 of 1

Capt. Stephens
**UNIT LEVEL GRIEVANCE FORM** (Attachment I)
**Unit/Center** N VSM

**Name** Reginald Dunahue                    OCT 13 2015

**ADC#** 106911   **Brks #** CB-1   **Job Assignment**

| FOR OFFICE USE ONLY |
|---|
| GRV. # VSM15-4607 |
| Date Received: 10/9/15 |
| GRV. Code #: 800 |

10/13/2015 (Date) STEP ONE: Informal Resolution

10/16/15 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: CORRECTIONAL Departme-
nt records disproves the false excuse Given by Capt. Stephens, And I'm denied Care.
_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. In an Emergency, state why: _____

---

Is this Grievance concerning Medical or Mental Health Services? **NO** If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how you were affected. (Please Print): 10/06/2015 Dental Workers Attempted to
do Needed Dental Work on ME but I couldnot because Captain Stephens and Sa-
Pcent Childress Prevented me to Completely Lie back on a dental Chair, where
MY blood Circulation Was Cut off at MY wrists and MY shoulders,
Couldn't Unfold for Effective & Correct work to be done, Clo-Childress
Noticed had I'd been handcuffed front wards, Then I could easily
Lay back on that Chair—So Clo-Childress Asked Captain Stephens and
Major Bolden for leave to hand cuff me frontwards but was told "No"
but CLO-II Craig Woolfalk took his handCuffs and Ankle cuff off of
ME On 10-9-15 So I Could walk to Budnick's office from outside,
Stephens Nor Bolden Opposed Woolfalk but Mark Stephen & Kennie Bolden
Refused to Permit me to Obtain Needed Dental Work. Belly Chains Are Availa-
ble for Officers' Use but not Used at Medical and Dental Procedures, They Would
if Used Allow me to Recline and be Cuffed front wards & Give Officers Assurance.

R.L. Dunahue                                    10/13/2015
**Inmate Signature**                           **Date**

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

Piggee                    39931              P. Piggee                    10-13-15
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature         Date Received
Describe action taken to resolve complaint, including dates: Capt. Stephens advised due to extensive violent
behavior you will not be cuffed in the front to receive any type of medical services.

Piggee 10-15-15                    '
**Staff Signature & Date Returned**            **Inmate Signature & Date Received**
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: Ricky Webb        Date: 10-12-2015
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

RECEIVED OCT 19 2015

RECEIVED NOV 18 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

VARNER UNIT GRIEVANCE

*Move out*

IGTT410
3GS

Attachment III

INMATE NAME: Dunahue, Reginald          ADC #: 106911B          GRIEVANCE #: VSM15-04602

## WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance: Inmate Reginald Dunahue you state 10/06/2015 Dental Workers attempted to do Needed Dental work on Me but could not because captain stephens and Sargent Childress prevented me to completely Lie back on a dental chair, where My blood circulation was cut off at my wrists and My shoulders couldn't Unfold, far effective & correct work to be done. Childress noticed I had I'd been handcuffed front wards, Then I could easily lay back on that chair -so-C/O Childress asked Captain Stephens and major Bolden for leave to hand cuff me frontwards but ws told , "no". But C/O-II Craig Woolfolk took his hand cuffs and ankle cuff off of me on 10-2-15 so I could walk to Budnick's office from outside; Stephens nor bolden opposed Woolfolk but, mark stephen & Kennie bolden Refused to permit me to obtain needed Dental Work, Belly Chains/ Are available for officers Use but not Used at medical and dental procedures, They would if used allow me to recline and be cuffed front wards & give officers assurance.

According to Sgt. Childress you asked for the hand restraints to placed in front, she advised you only the Captain and above can authorize that. You were told by Captain Stephens that hand restraints can not be moved to the front per policy. You then refused Dental due to not being hand cuffed in the front.

Captain Stephens states all inmates are hand cuffed in the back per Administration. This procedure is for all inmates.

Therefore, I find this issue without merit.

_____          _____          11-5-15
Signature of Warden/Supervisor or Designee          Title          Date

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?   *Medical and Dental Care for myself is blocked.*

RECEIVED

NOV 18 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT410          Page 1 of 2

Reginald Donahue _____ 106911 _____ Nov. 7-2015
Inmate Signature                    ADC#                    Date

RECEIVED

NOV 1 8 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

INMATE NAME: Dunahue, Reginald        ADC #: 106911        GRIEVANCE#:VSM15-04602

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

October 13, 2015, you grieved that, "10/06/2015 Dental Workers attempted to do Needed Dental work on
Me but could not because captain stephens and Sargent Childress prevented me to completly Lie back on a
dental chair, where My blood circulation wascut off at my wrists and My shoulders couldn't Unfold, far
effective & correct work to be done. Childress noticed I had I'd beeen handcuffed front wards, Then I could
easily lay back on that chair -so-C/O Childress asked Captain Stephens and major Bolden for leave to hand
cuff me frontwards but ws told , "no". But C/O-II Craig Woolfolk took his hand cuffs and ankle cuff off of me
on 10-2-15 so I could walk to Budnick's office from outside; Stephens nor bolden opposed Woolfolk but,
mark stephen & Kennie bolden Refused to permit me to obtain neded Dental Work, Belly Chains/ Are
available for officers Use but not Used at medical and dental procedures, They would if used allow me to
recline and be cuffed front wards & give officers assurance."

The Warden responded, "According to Sgt. Childress you asked for the hand restraints to placed in front,
she advised you only the Captain and above can authorize that. You were told by Captain Stephens that
hand restraints can not be moved to the front per policy. You then refused Dental due to not being hand
cuffed in the front.
Captain Stephens states all inmates are hand cuffed in the back per Administration. This procedure is for all
inmates.
Therefore, I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response
of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied

_____        __12-18-15_____
Director                                Date

IGTT430                        Page 1 of 1

Mr. Watson

UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center VSM

Name  Reginald Dunahue           SEP - 1 2015

ADC# 106911   Brks # ISO.4   Job Assignment

FOR OFFICE USE ONLY

GRV.# VSM15-03960

Date Received: 8-8-15

GRV. Code #: 800

1/A

9/4/15 (Date) STEP ONE: Informal Resolution

9/5/2015 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Problem Continues And
It Blocks My Access to HealthCare.

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? NO  If yes, circle one: medical or mental
BRIEFLY state your one complaint/concern and be specific as to the complaint, date, place, name of personnel
involved and how you were affected. (Please Print): Warden Watson Shall be held liable Under the
8th amendment for Showing Deliberate Indifference to my health and safety
because She Knows Of the harm I've received When Cuffed & Strapped back-
wards And Lying backwards in a dentist-Patient's Chair, and Medical Exam
table, but Randy Watson disregards the Possibility I'll be injured Again Cuff-
ed & Strapped backwards on the dentist-Patient's Chair And Medical Exam
Table She fails to Permit me to be Seen & Treated by dental techs and
Nurses/Physicians, Etc. hand Cuffed frontwards. A.D. 14-42 Page # 4, USE OF
RESTRAINTS For MEDICAL SERVICES Section, Advises—Handcuffs Should be Put
on me backwards if I Assaulted, or threatened to Assault Medical Staff bef-
ore. I haven't done either but Randy Watson didn't allow me to Go to dental &
EYE Care Clinic Calls on 8/25/2015, because I wouldn't accept being Cuffed by
Security backwards.

RECEIVED

OCT 14 2015

R. Dunahue                                        9-1-15
Inmate Signature          SEP - 8 2015       Date
If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.

THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ VARNER ___ to be Step One and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____   Date _____

Pugace            39936            _____         09-01-15
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number   Staff Signature      Date Received
Describe action taken to resolve complaint, including dates: Mr Watson advised according to medical
there is no medical reasons for you to be cuffed in the front to be seen. Due to violent history
you will be cuffed in the rear. You always stated to staff that if you wasn't cuffed in the front you
didn't want to be seen, so therefore you are the one that refused medical services.

(Sign) 09·03·15                                    R. Dunahue 9-3-2015
Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: Ricky Wragg     Date: 9-5-15
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

DISTRIBUTION: YELLOW & PINK - Inmate Receipts; BLUE - Grievance Officer; ORIGINAL - Given back
to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-03960

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

September 1, 2015, you grieved that, "Warden Watson shall be held liable under the 8th amendment for showing deliberate indifference to my health and safety because she knows of the harm I've received when cuffed & strapped backwards and lying backwards in a dentist patients chair and medical exam table. She fails to permit me to be seen & treated by dental techs and nurses/physicians, etc. handcuffed frontwards. A/D. 14-42 page #4 Use of restraint for medical services section advises handcuffs should be put on me backwards if I assaulted or threatened to assault medical staff before. I haven't done either but Randy Watson didn't allow me to go to dental & eye care clinic calls on 8-25-2015 because I wouldn't accept being cuffed by security backwards."

The Warden responded, "There is no medical reason for you to be cuffed in the front to be seen, due to violent history you will be cuffed in the rear. You always stated to staff that if you wasn't cuffed in the front you didn't want to be seen. So therefore you are the one that refused medical services. Therefore, I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied

_____          Date  11-12-15  _____
Director

IGTT430                                    Page 1 of 1

IGTT410
3GS

Attachment III

INMATE NAME: Dunahue, Reginald          ADC #: 106911B          GRIEVANCE #: VSM15-03960

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, Warden Watson shall be held liable under the 8th amendment for showing deliberate indifference to my health and safety because she knows of the harm I've received when cuffed & strapped backwards and lying backwards in a dentist patients chair and medical exam table. She fails to permit me to be seen & treated by dental techs and nurses/physicians, etc. handcuffed frontwards. A/D. 14-42 page #4 Use of restraint for medical services section advises handcuffs should be put on me backwards if I assaulted or threatened to assault medical staff before. I haven't done either but Randy Watson didn't allow me to go to dental & eye care clinic calls on 8-25-2015 because I wouldn't accept being cuffed by security backwards.

There is no medical reason for you to be cuffed in the front to be seen, due to violent history you will be cuffed in the rear. You always stated to staff that if you wasn't cuffed in the front you didn't want to be seen. So therefore you are the one that refused medical services.

Therefore, I find this issue without merit.

| | | |
|---|---|---|
| _Watson_ | _Warden_ | 10-2-15 |
| Signature of Warden/Supervisor or Designee | Title | Date |

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? Medical and dental Procedures are Made Painful for Us all being laid backwards hog tied.

RECEIVED

OCT 1 4 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

| _Dunahue R_ | 106911 | 10/6/15 |
|---|---|---|
| Inmate Signature | ADC# | Date |

IGTT410                         Page 1 of 1

Capt. Stephens

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __VSM__

**FOR OFFICE USE ONLY**
GRV. # VSM15-03964
Date Received: 8-8-15
GRV. Code #: 800

Name __Reginald Dunahue__

ADC# __106911__   Brks # __ISO,4__   Job Assignment _____

9/1/15 (Date) STEP ONE: Informal Resolution

9/5/15 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __Problem Continues and it Blocks My Access to Health Care.__

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* __NO__ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): Use of Restraints for Medical/Mental Health Treatment. Any inmate who has threatened or Engaged in any type of assault against medical/Mental Health Staff may be restrained with hand cuffs behind the back or secured with belly chains prior to receiving medical/mental health treatment. On 8/25/2015 Captain Stephens, Lt. Plummer, and Sargents Perkin and Price wouldn't apply their handcuffs on me to my front when they came to Escort me to the dental office as I suggested they do in accord to A.D. 14-42. The way that all of restraints be on me makes it painful for me to lie backwards in the dental chair — it's cut off my blood circulation and has caused my shoulder bone to come out of it's socket. Therefore Unit Wardens needs to Enforce Restraint Use Policy on A.D. 14-42 and put captains, Lieutenants and sargents in line with that policy. At no time have I assaulted Medical or Mental Health Staff, nor have I tried, so handcuffs should've been put on me August 25, 2015 from the front.

R. Dunahue                                    9-1-15
Inmate Signature                              Date

RECEIVED SEP -8 [stamp]

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

McGee                  09936        [signature]           09-01-15
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: Capt. Stephens advised staff has been advised that no inmates are to be cuffed in the front for security reasons. Unless authorized by the Warden.

OCT 14 2015

[signature] 09-03-15           R. Dunahue    9-3-15
Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: Ricky Webb    Date: 9-5-15
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410                                                                                          Attachment III
3GS

INMATE NAME:  Dunahue, Reginald          ADC #:  106911B        GRIEVANCE #:  VSM15-03964

WARDEN/CENTER SUPERVISOR'S DECISION

In response to you grievance you state, Use of restraints for medical/mental health treatment: Any inmates
who has threaten or engaged in any type of assault against medical/mental health staff may be restrained
with handcuffs behind the back or secured with belly chains prior to receiving medical/ mental health
treatment. On 8-25-2015 Captain Stephens Lt. Plummers and Sargents Perkins and Price wouldn't apply
their handcuffs on me to my front when they came to escort me to to the dental office as I suggested they
do in accord to A.D. 14/42. The way that all of restraints be on me maked it painful for me to lie backwards
in the dental chair. It's cut off my blood circulation and has caused my shoulder bone to come out of it's
socket. Therefore unit Wardens needs to enforce restraint use policy AD 14-42 and put Captains.
Lieutenants and Sargents in line with that policy. At no time have I assaulted medical or mental health staff
nor have I tried, so handcuffs should've been put on me August 25, 2015 from the front.

AD 14-15 section B. Inmates being transported from and/or to maximum security and/or administrative
segregation shall be secured in handcuffs, leg irons and belly chains at all times unless a medical condition
or physical injury restricts the application of these devices as directed by medical staff.

Therefore, I find this issue without merit.

Signature of Warden/Supervisor or Designee          RECEIVED Title          10-2-15 Date

OCT 1 4 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the
information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along
with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original
grievance. Do not list additional issues, which are not part of your original grievance as they will not be
addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?  It doesn't respond to MY Comp-
laint. Medical health Examinations dental Examinations and/or work is pai-
nful being hog tied (Hand Cuffed backwards With a belt hooked from the ha-
nd Cuffs to leg/ankle Cuffs) and lying backwards.

Inmate Signature          106911 ADC#          10-6-15 Date

IGTT430
3GD

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-03964

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

September 1, 2015, you grieved that, "Use of restraints for medical/mental health treatment: Any inmates
who has threaten or engaged in any type of assault against medical/mental health staff may be restrained
with handcuffs behind the back or secured with belly chains prior to receiving medical/ mental health
treatment. On 8-25-2015 Captain Stephens Lt. Plummers and Sargents Perkins and Price wouldn't apply
their handcuffs on me to my front when they came to escort me to to the dental office as I suggested they
do in accord to A.D. 14/42. The way that all of restraints be on me maked it painful for me to lie backwards
in the dental chair. It's cut off my blood circulation and has caused my shoulder bone to come out of it's
socket. Therefore unit Wardens needs to enforce restraint use policy AD 14-42 and put Captains.
Lieutenants and Sargents in line with that policy. At no time have I assaulted medical or mental health staff
nor have I tried, so handcuffs should've been put on me August 25, 2015 from the front."

The Warden responded, "AD 14-15 section B. Inmates being transported from and/or to maximum security
and/or administrative segregation shall be secured in handcuffs, leg irons and belly chains at all times
unless a medical condition or physical injury restricts the application of these devices as directed by medical
staff.
Therefore, I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response
of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied.

_____          __11-12-15_____
Director                                                  Date

IGTT430                                   Page 1 of 1

RECEIVED

OCT. 1 4 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT410
3GS

Attachment III

INMATE NAME: Dunahue, Reginald          ADC #: 106911B          GRIEVANCE #: VSM15-03964

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to you grievance you state, Use of restraints for medical/mental health treatment: Any inmates who has threaten or engaged in any type of assault against medical/mental health staff may be restrained with handcuffs behind the back or secured with belly chains prior to receiving medical/ mental health treatment. On 8-25-2015 Captain Stephens Lt. Plummers and Sargents Perkins and Price wouldn't apply their handcuffs on me to my front when they came to escort me to to the dental office as I suggested they do in accord to A.D. 14/42. The way that all of restraints be on me maked it painful for me to lie backwards in the dental chair. It's cut off my blood circulation and has caused my shoulder bone to come out of it's socket. Therefore unit Wardens needs to enforce restraint use policy AD 14-42 and put Captains. Lieutenants and Sargents in line with that policy. At no time have I assaulted medical or mental health staff nor have I tried, so handcuffs should've been put on me August 25, 2015 from the front.

AD 14-15 section B. Inmates being transported from and/or to maximum security and/or administrative segregation shall be secured in handcuffs, leg irons and belly chains at all times unless a medical condition or physical injury restricts the application of these devices as directed by medical staff.

Therefore, I find this issue without merit.

_____          RECEIVED _____          10-2-15
Signature of Warden/Supervisor or Designee          Title          Date

OCT 1 4 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? It doesn't respond to MY Complaint. Medical health Examinations dental Examinations and/or work is painful being hog tied (Hand Cuffed backwards With a belt hooked from the hand Cuffs to leg/ankle Cuffs) and lying backwards.

_____          106911          10-6-15
Inmate Signature          ADC#          Date

IGTT410          Page 1 of 2

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-03964

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

September 1, 2015, you grieved that, "Use of restraints for medical/mental health treatment: Any inmates who has threaten or engaged in any type of assault against medical/mental health staff may be restrained with handcuffs behind the back or secured with belly chains prior to receiving medical/ mental health treatment. On 8-25-2015 Captain Stephens Lt. Plummers and Sargents Perkins and Price wouldn't apply their handcuffs on me to my front when they came to escort me to to the dental office as I suggested they do in accord to A.D. 14/42. The way that all of restraints be on me maked it painful for me to lie backwards in the dental chair. It's cut off my blood circulation and has caused my shoulder bone to come out of it's socket. Therefore unit Wardens needs to enforce restraint use policy AD 14-42 and put Captains. Lieutenants and Sargents in line with that policy. At no time have I assaulted medical or mental health staff nor have I tried, so handcuffs should've been put on me August 25, 2015 from the front."

The Warden responded, "AD 14-15 section B. Inmates being transported from and/or to maximum security and/or administrative segregation shall be secured in handcuffs, leg irons and belly chains at all times unless a medical condition or physical injury restricts the application of these devices as directed by medical staff.
Therefore, I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied.

_____          11-12-15
Director                                              Date

RECEIVED

OCT. 1 4 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

Capt. Stephens

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center __N VSM__

Name __Reginald Dunahue__

ADC# __186911__   Brks # __CB-1__   Job Assignment _____

FOR OFFICE USE ONLY
GRV. # __VSM15-4602__
Date Received: __10/19/15__
GRV. Code #: __800__

__10/13/2015__ (Date) STEP ONE: Informal Resolution

__10/16/15__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: __CORRECTIONAL Department records disproves the false Excuse Given by Capt. Stephens, and I'm denied Care.__

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

---

*Is this Grievance concerning Medical or Mental Health Services?* __NO__ *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): 10/06/2015 Dental Workers attempted to do Needed Dental Work on Me but I couldn't because Captain Stephens and So- rgent Childress Prevented me to completely lie back on a dental chair, where my blood circulation was cut off at my wrists and my shoulders' couldn't Unfold for Effective & correct work to be done. Clo-Childress Noticed i had I'd been handcuffed front wards. Then I could easily lay back on that chair—So Clo-Childress asked Captain Stephens and Major Bolden for leave to handcuff me front wards but was told "no" but Clo-II Craig Woolfalk took his handcuffs and Ankle Cuffs off of Me on 10-9-15 So I could walk to BudNick's office from Outside. Stephens Nor Bolden Opposed Woolfalk but, Mark Stephen & Kennie Bolden Refused to permit Me to Obtain Needed Dental Work. Belly Chains & Are avaia- ble for Officers' use but Not Used at Medical and Dental Procedures. They Would if used allow me to recline And be Cuffed front wards & Give Officers Assurance.

R. Dunahue _____   __10/13/2015__
Inmate Signature                    Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

__Pierce__   __39931__   [Staff Signature]   __10/13/15__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: __Capt. Stephens advised due to extensive violent behavior you will not be cuffed in the front to receive any type of medical services.__

_____

[Staff Signature]  10·15·15
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: __Ricky Webb__   Date: __10-12-2015__
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ NOV 1 8 2015 Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

[stamp] RECEIVE
WARNER UNIT

[stamp] RECEIVED
INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT410
3GS

Attachment III

INMATE NAME: Dunahue, Reginald          ADC #: 106911B          GRIEVANCE #: VSM15-04602

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance: Inmate Reginald Dunahue you state 10/06/2015 Dental Workers attempted to do Needed Dental work on Me but could not because captain stephens and Sargent Childress prevented me to completely Lie back on a dental chair, where My blood circulation was cut off at my wrists and My shoulders couldn't Unfold, far effective & correct work to be done. Childress noticed I had I'd been handcuffed front wards, Then I could easily lay back on that chair -so-C/O Childress asked Captain Stephens and major Bolden for leave to hand cuff me frontwards but ws told , "no". But C/O-II Craig Woolfolk took his hand cuffs and ankle cuff off of me on 10-2-15 so I could walk to Budnick's office from outside; Stephens nor bolden opposed Woolfolk but, mark stephen & Kennie bolden Refused to permit me to obtain needed Dental Work, Belly Chains/ Are available for officers Use but not Used at medical and dental procedures, They would if used allow me to recline and be cuffed front wards & give officers assurance.

According to Sgt. Childress you asked for the hand restraints to placed in front, she advised you only the Captain and above can authorize that. You were told by Captain Stephens that hand restraints can not be moved to the front per policy. You then refused Dental due to not being hand cuffed in the front.

Captain Stephens states all inmates are hand cuffed in the back per Administration. This procedure is for all inmates.

Therefore, I find this issue without merit.

| | | |
|---|---|---|
| Signature of Warden/Supervisor or Designee | Title | Date 11-5-15 |

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? Medical and Dental Care for myself is blocked.

RECEIVED

NOV 18 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT410                    Page 1 of 2

Reginald Donahue                106911                NOV.7-2015
_____         _____        _____
Inmate Signature                    ADC#                    Date

RECEIVED

NOV 1 8 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-04602

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

October 13, 2015, you grieved that, "10/06/2015 Dental Workers attempted to do Needed Dental work on Me but could not because captain stephens and Sargent Childress prevented me to completly Lie back on a dental chair, where My blood circulation wascut off at my wrists and My shoulders couldn't Unfold, far effective & correct work to be done. Childress noticed I had I'd beeen handcuffed front wards, Then I could easily lay back on that chair -so-C/O Childress asked Captain Stephens and major Bolden for leave to hand cuff me frontwards but ws told , "no". But C/O-II Craig Woolfolk took his hand cuffs and ankle cuff off of me on 10-2-15 so I could walk to Budnick's office from outside; Stephens nor bolden opposed Woolfolk but, mark stephen & Kennie bolden Refused to permit me to obtain neded Dental Work, Belly Chains/ Are available for officers Use but not Used at medical and dental procedures, They would if used allow me to recline and be cuffed front wards & give officers assurance."

The Warden responded, "According to Sgt. Childress you asked for the hand restraints to placed in front, she advised you only the Captain and above can authorize that. You were told by Captain Stephens that hand restraints can not be moved to the front per policy. You then refused Dental due to not being hand cuffed in the front.
Captain Stephens states all inmates are hand cuffed in the back per Administration. This procedure is for all inmates.
Therefore, I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied

_____          _12-18-15_____
Director                                        Date

IGTT430                          Page 1 of 1

(Rejected)

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center __VSM__

Name __Reginald Dunahue__

ADC# __106911__ Brks # __CB#1__ Job Assignment _____

FOR OFFICE USE ONLY
GRV # __VSM15-4799__
Date Received: __11/2/15__
GRV. Code #: __207__

__10/27/15__ (Date) STEP ONE: Informal Resolution

__10/30/15__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __Harm is being done to me bodily__

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? __NO__ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): I and other individuals housed in the VSM haven't maimed, claimed not killed somebody in the ADC, to Justify ADC, Captains, Lieutenants, Sergeants and Major to handcuff us backwards, have us shackled and tethered when I and others are being examined, treated and etcetera by Hygienists, Nurses, Doctors, Dentists, etcetera. Over-excessive application of hand & ankle cuffs to the back of me creates severe pain and injury trying to lay backwards on a chair and/or table so medical professionals can treat me. Therefore the VSM-security, wardens and ADC directors are interfering with me receiving dental & medical care, the federal courts have ruled is a guaranteed right for inmates to receive. VSM-Wardens Watson & Budnick, Major Bolden and Captain Stephens claim I'm refusing medical & dental care because their handcuffs prevents me to recline w/o feeling severe pain and injury at dental calls and doctor calls. Notice!! Medical & Dental professionals can not adequately treat us and check us out when we're excessively bound up backwards awkwardly.

__R Dunahue__ _____ __10-27-2015__
Inmate Signature                          Date

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

__Hagee__ __39936__ __Osage__ __10-27-15__
PRINT STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature Date Received

Describe action taken to resolve complaint, including dates: _Inmate Dunahue is being seen by two staffer and being cuffed. If second person that has an protection a inmate is not receiving dental treatment as is claimed here._

_____ __R Dunahue__ __10-30-15__
Staff Signature & Date Returned Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: __Ricky Webb__ Date: __10-31-15__
Action Taken: __NOV 2 2015__ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

CB1/147

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Dunahue, Reginald
FROM:  Redwood, Sandra
DATE:  11/02/2015

ADC #:  106911B
TITLE:  ADC Inmate Grievance Coord
GRIEVANCE #:  VSM15-04799

Please be advised, I have received your Grievance dated 10/27/2015 on 11/02/2015 .
Your grievance was **rejected** as either non-grievable, untimely, duplicative, **frivolous, or** vexatious.

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○ This Grievance will be addressed by the Warden/Center Supervisor or designee.

○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

□ This Grievance has been determined to be an emergency situation, as you so indicated.

○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◉ This Grievance was **REJECTED** because it was either non-grievable ( ), untimely, was a duplicate of  , or was **frivolous or** vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Warden Watson, Major Malone & Major Bolden, Captain Stephens, And Lieute-
nants Esaw & Plummer — ALSO, Deputy Director Marshal Reed and Director
Kelley denies Me Right to be Medically Treated And Get dental Care.

Inmate Signature                          ADC #                    Date
Reginald Dunahue                          106911                   11/4/2015

RECEIVED

NOV 1 2 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT400                          Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-04799

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

October 27, 2015, you grieved that, " I and other individuals housed in the VSM haven't maimed, Laimed nor killed somebody in the ADC to justify ADC. Captains, Lieutenants, Sergeants and major to handcuff us backwards, have us shackled and tethered when I and others are being examined, treated and etcetera by gyginists, nurses, Doctors, Dentists, etcetera. Over-excessive application of hand & ankle cuffs tot he back of me creates Severe Pain and injury trying to lay backwards on a chair and/or table so medical professionals can treat me.. Therefore the VSM-Security, Wardens and ADC Directors are interfering with me receiving dental & medical care, the federal courts have ruled is a guaranteed right for inmates to receive. VSM-Wardens Watsons & Budnick, Major Bolden and Captain Stephens claim im refusing medical & dental Care because their handcuffs Prevents me to recline w/o feeling severe pain and injury, at dental Calls and doctors call. Notice!! Medical & dental Professionals can not Adequentely treat us and check us out when we're excessively bound up Backwards awkwardly."

Your complaint was rejected at the unit level on November 2, 2015 for being frivolous.

Upon reviewing this Formal Grievance dated 10/27/15 in regards to your complaint about being handcuff during medical treatment for response on appeal. It is noted that the issue in which you are grieving centers around the same issue that you have already grieved in your previous grievances. Since I have already very thoroughly addressed this issue and my response remains the same on this matter, I find no need to re-address this same issue again.

I find no merit to your complaint.

Appeal denied

_____          12-16-15
Director                                                    Date

Sgt James lfield sec.

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _VARNER SUPER MAX_

Name _Reginald Dunahue_                    DEC - 8 2015

ADC# _0_ _106911_ Brks # _4022_ Job Assignment _____

<table>
<tr><td>FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. # <u>VSM 15-05354</u></td></tr>
<tr><td>Date Received: <u>12-14-15</u></td></tr>
<tr><td>GRV. Code #: <u>7/7</u></td></tr>
</table>

|12|8|15| (Date) STEP ONE: Informal Resolution

|12|11|15| (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _ISSUE UNRESOLVES_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _NO_ *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 12/01/2015 @ 10:16 a/m — Varner Unit Sergeants-Rogers and James Escorted me-Reginald to VSM's dental office who having Varner Unit inmates removed VSM's hall as VSM inmate Escorting rules requires. These Sergeants Refused to lock the dental office's door when Varner inmates passed by on 12/01/2015 and Entered; And the Sergeants also Refused to adjust handcuffs on my wrists so I could lay down on a dental chair w/o feeling Severe pain and Sustaining another Shoulder injury. Sergeants-Rogers & James Showed no concern for Safety and Security Rules, And hindered me to Get dental Care. On December 4, 2015 @ doctor Call— Captain Stephens failed to Get Population Inmates Out of VSM's hall before Sergeants-Childress & Curtis led me to Doctor Call. An attempt to hit me was made by a non-Varner Super Max Inmate on 12/04/2015 as Dr. Bl- ande and I stood in the hall. And I was hand Cuffed & Shackled.

_Dunahue, R_

Inmate Signature

RECEIVED

12-08-2015

Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was ~~forwarded to medical or~~ mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

| _Lugce_ | _3931_ | _Mgr._ | _12.06.15_ |
|---|---|---|---|
| PRINT STAFF NAME (PROBLEM SOLVER) | ID Number | Staff/Signature | Date Received |

Describe action taken to resolve complaint, including dates: _Sgt James advised the hallways were all secure as you were being escorted to dental call. Once inside the dental office you refused services & were then escorted back to your cell._

_Mgr._ _12.10.15_            JAN 14 2016

Staff Signature & Date Returned                Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _Quealy Webb_ Date: _12-12-15_

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

---------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410
3GS

Attachment III

INMATE NAME: Dunahue, Reginald          ADC #: 106911B          GRIEVANCE #: VSM15-05354

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, On 12-01-2015 @ 10:16 a/m Varner unit Sergeant↦s Roger and James escorted me Reginald to VSM↦s dental office w/o having no Varner Unit inmates removed VSM↦s hall as VSM inmates escorting rules requires. These Sergeants refused to lock the dental office↦s door when Varner inmates passed by on 12/01/2015 and entered; And the sergeants also refused to adjust handcuffs on my writs so I could lay down on dental chair w/o feeling severe pain and sustaining another shoulder injury. Sergeants Rogers & James showed no concern for safety and security rules and hindered me to get dental care. On December 4, 2015 @ doctor call Captain Stephens railed to get population inmates out of VSM↦s hall before me was made by a non Varenr supermax inmate on 12-4-2015 as Dr. Blande and I stood in the hall and I was handcuffed & shackled.

PER AD: 14-16 Inmate Grievance Procedure 2. Only one Unit Level Grievance Form (Attachment I) can be submitted per grievance and only one problem/issue should be stated in the grievance, not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed.

Sgt. Rogers advise the hall way was clear and locked down when you was being escorted. There is no reason that the dentist office door needs to be closed when security is available while service is being rendered to inmates. Therefore, I find this issue without merit.

_____
Signature of Warden/Supervisor or Designee

_____  RECEIVED 12-29-15
Title                                        Date

JAN 1 4 2016

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? VSM hall cameras Recording on 12/4/15 and 12/01/15 disproves the Sgt. Rogers' account... ADC assures there will be Privacy afforded to inmate(s) who Receives medical and dental care — So that dentist office door should've been closed, No inmate(s) should've been permitted to Enter and, Sgt. Rogers should've kept inmate(s) and Unneeded extra employee(s) out,

_____   _____   _____

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-05354

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

December 8, 2015, you grieved that, "On 12-01-2015 @ 10:16 a/m Varner unit Sergeant→ s Roger and James escorted me Reginald to VSM→ s dental office w/o having no Varner Unit inmates removed VSM→ s hall as VSM inmates escorting rules requires. These Sergeants refused to lock the dental office→ s door when Varner inmates passed by on 12/01/2015 and entered; And the sergeants also refused to adjust handcuffs on my writs so I could lay down on dental chair w/o feeling severe pain and sustaining another shoulder injury. Sergeants Rogers & James showed no concern for safety and security rules and hindered me to get dental care. On December 4, 2015 @ doctor call Captain Stephens railed to get population inmates out of VSM→ s hall before me was made by a non Varenr supermax inmate on 12-4-2015 as Dr. Blande and I stood in the hall and I was handcuffed & shackled."

The Warden responded, "PER AD: 14-16 Inmate Grievance Procedure 2. Only one Unit Level Grievance Form (Attachment I) can be submitted per grievance and only one problem/issue should be stated in the grievance, not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed.
Sgt. Rogers advise the hall way was clear and locked down when you was being escorted. There is no reason that the dentist office door needs to be closed when security is available while service is being rendered to inmates. Therefore, I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied

_____
Director

2-23-16
_____
Date

*Dunahue R.*

**Inmate Signature**

*10691l*
ADC#

*12/31/15*
Date

RECEIVED

JAN 1 4 2016

**IN**MATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

Yellow

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

**Unit/Center** VARNER SUPER MAX

**Name** Reginald Dunahue

**ADC#** 106911   **Brks #** 4022   **Job Assignment** _____

FOR OFFICE USE ONLY

GRV. # VSm15-05446

Date Received: 12/21/15

GRV. Code #: 800

12/15/15 (Date) STEP ONE: Informal Resolution

12/19/15 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: no Correction Made

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* **NO** *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 12/10/15 Sergeant Foote,S. Without a penological interest denied me the ability to get dental care. I have a right to get. Due to a Previous injury I sustained by being handcuffed trying to position my body in dental Chair—I asked Sgt. foote to Cuff me to the front So I Could lie down flat on a dental Chair And Get an extraction w/o the Cuffs Cutting off my blood's Circulation and hurting me. Sgt. foote refused. Use of Restraints—AR. doesn't state the handCuffs has to go on backwards for me to be given dental Care.

R. Dunahue

RECEIVED
DEC 21 2015
VARNER SUPER MAX

**Inmate Signature**   **Date** December 15, 2015

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Biggs   3443   _____   1-19-15

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _____

RECEIVED
JAN 20 2016
INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on 12-19-15 (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: Sgt Southinhouse   Date: 12-19-15
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: 12-19-15
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410                                                                         Attachment III
3GS

**INMATE NAME:** Dunahue, Reginald          **ADC #:** 106911B          **GRIEVANCE #:** VSM15-05446

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, On 12/10/15 Sergeant Foote,s without a penological interest denied me the ability to get dental care I have a right to get. Due to a previous injury I sustained by being hog tied trying to position my body in dental chair I asked Sgt. Foote to cuff me to the front so I could lie down flat on the dental chair and get an extraction w/o the cuffs cutting off my blood¬ s circulation and hurting me. Sgt. Foote refused. Use of restraints AR doesn¬ t state the handcuffs has to go on backwards for me to be given dental care.

Inmate Dunahue # 106911 inmates are to handcuffed in the back while being escorted to dental, sick call and to the infirmary.

Sgt. Foote advise he called his Captain and was advise handcuffs would not be taken off and placed in the front. However, Infirmary advise you refused treatment on 12/10/15.

Therefore, I find thsi issue without merit.

_____          _____          1-11-16
Signature of Warden/Supervisor or Designee     Title                              Date

RECEIVED

JAN 2 0 2016

INMATE GRIEVANCE SUPERVISOR

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the ADMINISTRATION REVIEW information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? VSM. administrator(s)' disregard for reasonable and Sufficient Application of Mech. restraints on me to be Seen by dentists, and hygienists——— Blocks my access to dental Care.

_____          106911          1-13-16
Inmate Signature                       ADC#             Date

IGTT410                            Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-05446

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

December 15, 2015, you grieved that, " On 12/10/15 Sergeant Foote,s without a penological interest denied me the ability to get dental care I have a right to get. Due to a previous injury I sustained by being hog tied trying to position my body in dental chair I asked Sgt. Foote to cuff me to the front so I could lie down flat on a dental chair and get an extraction w/o the cuffs cutting off my blood¬ s circulation and hurting me. Sgt. Foote refused. Use of restraints AR doesn¬ t state the handcuffs has to go on backwards for me to be given dental care."

The Warden responded, "Inmate Dunahue # 106911 inmates are to handcuffed in the back while being escorted to dental, sick call and to the infirmary.
Sgt. Foote advise he called his Captain and was advise handcuffs would not be taken off and placed in the front. However, Infirmary advise you refused treatment on 12/10/15.
Therefore, I find thsi issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied.

Director _____          Date  2-24-16 _____

W/ 2/C

Capt. Stephens

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center __VSM__

Name __Reginald Dunahue__

ADC# __106911__     Brks # __CB.1-41__  Job Assignment _____

FOR OFFICE USE ONLY
GRV. #: VSM15-5Cl
Date Received: 11/23/15
GRV. Code #: 800

__11.17.2015__ (Date) STEP ONE: Informal Resolution

__11.21.15__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: __Remedial actions by VSM__
__weren't taken. Behind the Back Cuffing isn't mandated in policy__

_____ , (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* __NO__  *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how you were affected. (Please Print) On Nov. 3, 2015, Captain M. Stephens directed Sergeant Knight to place me, R. Dunahue in conditions that causes me extreme pain and difficulty lying backwards in order to receive dental care here at Varner —— It was ordered by Captain Stephens-Sgt. Knight applies excessive force & abusive metal restraints on me because dental professional is needed to treat me on 11-03-2015 —— Knight had me Hog tied, my hands were backwards cuffed & tied to the ankle cuffs that Knight put on me too, as Captain Stephens instructed —— I asked Captain Stephens to hand cuff me to front so I could lay down flat on a dental chair w/no pain to my wrists & shoulders, and cutting off my blood circulation —— Stephens refused to do so. The harmful way (hog lying) of restraint hinders me to receive dental care, and has caused injury to my shoulder before —— This harmful style needs to be stopped. These belts hand and ankle cuffs all put on me backwards, applies pain & injury and cuts off blood circulation when I've tried to lay down on the Dental chair.

R. Dunahue                          November 17-2015
Inmate Signature                    Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Pigge                          39936        Nega                        11-17-15
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature          Date Received
Describe action taken to resolve complaint, including dates: Capt. Stephens advised this is against the VSM procedures. All inmates are placed in restraints behind their backs during dental call

RECEIVED

Negu 11-19-15                                                RECEIVED
Staff Signature & Date Returned          Inmate Signature & Date Received 2015
This form was received on 11-21-15 (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: Sgt Bru inchouse           Date: 11-21-05
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: 11-21-15
If forwarded, provide name of person receiving this form _____ Date: _____

NOV

RECEIVE
INMATE GRIEVANCE

VARNER UNIT

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410

Attachment III

3GS

**INMATE NAME:** Dunahue, Reginald          **ADC #:** 106911B          **GRIEVANCE #:** VSM15-05061

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance: Inmate Reginald Dunahue you state "On Nov. 3, 2015, Captain Stephens directed Sergeant Knight to place me, R. Dunahue in conditions that causes me extreme pain and dfficulty Lying backwards in order to receive dental care her at Varner-It was ordered by Captain Stephens-SGT. Knight apply excessive force & abuseive Metal restarints on me because dental Professionals needed to treat me on 11-03-2015-Knight had me Hog Tied; My hands were Backwards cuffed N tied to the Ankle cuffs that Knight P-ut on me too, as captain Stephens instructed-I asked Captain Stephens to Hand Cuff Me to front so I could Lay Down flat on a dental Chair & W/O Pain to my wrists & shoulders, and cutting off my Blood Circulation-Stephens refused to do so. The harmful way (Hog Tying) of restraint hinders me to receive dental care, and has caused injury to my shoulder before-This harmful style need to be Stopped. These belts hand and Ankle cuffs all put me backwards, Applies pain & injury and cuts off blood Circulation when I'v tried to lay down the Dental chair".

Captain Stephens states you are aware of the procedures on being hand cuffed. Inmates are to be restrained by being handcuffed toward the back and not the front.

Therefore, I find this issue without merit.

_____                    _____     12-18-15
Signature of Warden/Supervisor or Designee           Title  Deputy Warden                  Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? AR, On use of force doesn't State hand—Cuffs must be Put on inmates back wards.

### RECEIVED

DEC 31 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

_____          _____          _____
R. Dunahue                                106911                                     12-18-15
Inmate Signature                          ADC#                                       Date

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-05061

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

November 17, 2015, you grieved that, "On Nov. 3, 2015, Captain Stephens directed Sergeant Knight to place me, R. Dunahue in conditions that causes me extreme paim and dfficulty Lying backwards in order to receive dental care her at Varner-It was ordered by Captain Stephens-SGT. Knight apply excessive force & abuseive Metal restarints on me because dental Professionals needed to treat me on 11-03-2015-Knight had me Hog Tied; My hands were Backwards cuffed N tied to the Ankle cuffs that Knight P-ut on me too, as captain Stephens instructed-I asked Captain Stephens to Hand Cuff Me to front so I could Lay Down flat on a dental Chair & W/O Pain to my wrists & shoulders, and cutting off my Blood Circulation-Stephens refused to do so. The harnful way (Hog Tying) of restraint hinders me to receive dental care, and has caused injury to my shoulder befor-This harmful style need to be Stopped. These belts hand and Ankle cuffs all put me backwards, Applies pain & injury and cuts off blood Circulation when I'v tried to lay down the Dental chair."

The Warden responded, "Captain Stephens states you are aware of the procedures on being hand cuffed. Inmates are to be restrained by being handcuffed toward the back and not the front. Therefore, I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied

_____
Director

2-3-16
_____
Date

RECEIVED

DEC 3 1 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT410

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _NCM_

Name _Reginald Dunahue_

ADC# _100901_   Brks # _I 80-4_   Job Assignment _____

<table>
<tr><td>FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. _VSM15-364_</td></tr>
<tr><td>Date Received _8/17/15_</td></tr>
<tr><td>GRV. Code # _500_</td></tr>
</table>

_1 c_
_yellow_

_8/11/15_ (Date) STEP ONE: Informal Resolution

_8/16/15_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _No Correctie Actions were taken_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ **NO**  _If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _[handwritten text, largely illegible]_

_Inmate Signature_ R. Dunahue            _Date_ 8/14/2015

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

PRINT STAFF NAME (PROBLEM SOLVER) ___  ID Number _7264_  Staff Signature ___  Date Received _9/17/15_

Describe action taken to resolve complaint, including **dates**: _____

**RECEIVED**

SEP 2 3 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

_Staff Signature & Date Returned_ _____  _Inmate Signature & Date Received_ R. Dunahue

This form was received on _____ (date), pursuant to **Step Two** Grievance. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _Sgt Rupps_            Date: _8/16/15_

Action Taken _Grievance Box_ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____  Date: _____

-------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410                                                                                          Attachment III
3GS

INMATE NAME: Dunahue, Reginald          ADC #: 106911B          GRIEVANCE #: VSM15-03641

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, The restraints imposed on me Dunahue during medical Dental and Eye Care Service acting Violet and medical Record Reviews are excessive painful, and degrading. Without me acting Violet nor in a dangerous manner towards Lt. Esaw on 8/3/2015 - Lt. Esaw hand cuffed me in a way that inflicted Physical Pain of my wrists, inflicted undue Physical discomfort on me and restricted my bloods circulation as I was being Examined by dr. Clowers - so change in how im hand cuffed for Doctor-APN-Call, Dental - Call and Eye-Health Clinic-Call and exams must be made, because Lt. Plummer refused to correctly apply cuffs on me on 7/28/15 Which would've been frontwards being that dental and Eye Health Providers wanted me brought the MEDICAL OFFICE. A.D. # 14-42, Promulgates Mech. Restraints should be put on Mental Health Visits, Medical Services- treatments, screenings and exams. If inmates have Previously assaulted or tried to assault Mental or Medical Services Staff.. I've never assaulted nor tried to assault Medical or mental health Staff.


PER AD: 12-16 Inmate Grievance Procedure 2. Only one Unit Level Grievance Form (Attachment I) can be submitted per grievance and only one problem/issue should be stated in the grievance, not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed.

Sgt. Esaw advise he have not applied handcuffs in any way to inflict injury to inmate Dunahue. Inmates are handcuffed to the back for security.
However, Inmate Dunahue you stated that you seen Dr. Clowers on 8/3/15, according to documentation you did not mention to Dr. Clower that you were experiencing any pain in you wrist, discomfort or having blood circulation problems while being examined.

Therefore I find this issue without merit.


_____            _____     9-14-15
Signature of Warden/Supervisor or Designee                Title                              Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? *Warden Watson signed off on Pure B/s. Aint No Doctor here name Clowers And I Shouldn't have to tell her Something She Saw for herself.*

RECEIVED

SEP 2 3 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT410                          Page 1 of 2

_____     _____     _____
Inmate Signature                    ADC#                Date

C06911                              9-15-15

**RECEIVED**

SEP 2 3 2015

**INMATE** GRIEVANCE SUPERVISOR
**ADMINISTRATION** BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-03641

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

September 11, 2015, you grieved that, "The restraints imposed on me Dunahue during medical Dental and Eye Care Service acting Violet and medical Record Reviews are excessive painful, and degrading. Without me acting Violet nor in a dangerous manner towards Lt. Esaw on 8/3/2015 - Lt. Esaw hand cuffed me in a way that inflicted Physical Pain of my wrists, inflicted undue Physical discomfort on me and restricted my bloods circulation as I was being Examined by dr. Clowers - so change in how im hand cuffed for Doctor-APN-Call, Dental - Call and Eye-Health Clinic-Call and exams must be made, because Lt. Plummer refused to correctly apply cuffs on me on 7/28/15 Which would've been frontwards being that dental and Eye Health Providers wanted me brought the MEDICAL OFFICE. A.D. # 14-42, Promulgates Mech. Restraints should be put on Mental Health Visits, Medical Services- treatments, screenings and exams. If inmates have Previously assaulted or tried to assault Mental or Medical Services Staff.. I've never assaulted nor tried to assault Medical or mental health Staff."

The Warden responded, "PER AD: 12-16 Inmate Grievance Procedure 2. Only one Unit Level Grievance Form (Attachment I) can be submitted per grievance and only one problem/issue should be stated in the grievance, not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed.
Sgt. Esaw advise he have not applied handcuffs in any way to inflict injury to inmate Dunahue. Inmates are handcuffed to the back for security.
However, Inmate Dunahue you stated that you seen Dr. Clowers on 8/3/15, according to documentation you did not mention to Dr. Clower that you were experiencing any pain in you wrist, discomfort or having blood circulation problems while being examined.
Therefore I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied

_____                    10 - 27 - 15
Director                                             Date

IGTT430                          Page 1 of 1

*Rejected / Frivolous*                                                    W/JC

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center **VSM**

Name **Reginald Dunahue**

ADC# **106911**   Brks # **CB.1-47** Job Assignment **1**

| FOR OFFICE USE ONLY |
|---|
| GRV # **VSMUS-4691** |
| Date Received: **10/26/15** |
| GRV. Code #: **500** |

**10/20/15** (Date) STEP ONE: Informal Resolution

**10/24/15** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally) If the issue was not resolved during Step One, state why: The harmful and injurious practice grieved hasn't been ceased

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ **NO** _If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how you were affected. (Please Print): Marshal Dale Reed and Wendy Kelley knows Improper imposition of Mechanical Cuffs on MYSELF at and during Medical and dental Operations Creates severe Pain to ME and cuts of MY blood Circulation when the Operations requires Me lay backwards on a chair or table. These directors that I have named will not cease cuffing to the back of Me, Dunahue while I'm on the Operation chair and/or table at Varner Unit. I've asked they have Cuffs Put on me to the front during the Operations but to no avail so, I've been deterred from Obtaining Medical & Dental Care. — ADC, Wendy Kelley and ADC Marshal Reed don't care that the backward Hand Cuffing during Dental Procedure injured MY Left Shoulder Previously which is why I have been reluctant to Again force injury Upon MYSELF Just to Obtain Substandard Services. Frontward Cuffing is Effective and eliminates the back, shoulders and wrists damage incurred by trying to lie backwards, Cuffed backwards.

R. Dunahue                                                  10/20/2015
Inmate Signature                                            Date

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____
Pingee          39936
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature        Date Received
Describe action taken to resolve complaint, including dates: Due to safety + security reasons you being restrained properly. If you do not want to be restrained according to policy + procedures you may refuse to receive services.

RECEIVED

10-22-15                          NOV 02 2015   R. Dunahue 10/22/15
Staff Signature & Date Returned            Inmate Signature & Date Received
This form was received on 10-24-15 (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No)
Staff Who Received Step Two Grievance: _____ ADMINISTRATION BUILDING Date: 10-24-15
Action Taken: _____ Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

RECEIVED OCT 26 VARNER UNIT GRIEVANCE

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

*CPB/14t*

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Dunahue, Reginald
FROM: Redwood, Sandra
DATE:  10/26/2015

ADC #:  106911B
TITLE:  ADC Inmate Grievance Coord
GRIEVANCE #:  VSM15-04691

Please be advised, I have received your Grievance dated 10/20/2015 on 10/26/2015 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○ This Grievance will be addressed by the Warden, Center Supervisor or designee.

○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

□ This Grievance has been determined to be an emergency situation, as you so indicated.

○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◉ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Conditions that Subjects Me to injury & Severe discomfort is Perpetuated by the indifference of director kelley and director Reed. Now this offense by directors Kelley & Reed is cause for Civil Court intervention.

Inmate Signature  *R Dunahue*
ADC #  *106911*
Date  *10-27-15*

RECEIVED

NOV 0 2 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT400

Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-04691

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

October 20, 2015, you grieved that, " Marshal Dale Reed and Wendy Kelley knows Improper impostition of mechanical Cuffs on Myself at and during medical and dental operations creates severe Pain to me and cuts of my blood circulation when the Operations requires me2 lay backwards on a Chair or table. These directors that i have named will not cease "cuffing To The back" of me, Dunahue while i'm on the operation chair and/or table at Varner Unit. I've asked they have cuffs put on me to the front, during the operations but to no avail. So I've been deterred from obtaining medical & dental Care._ADC . Wendy kelley and ADC marshal Reed don't care that the Backward Hand Cuffing, during dental procedure injured My left shoulder Previously,,which is why I have been reluctant to Again force injury Upon myself just to Obtain Substandard Services. frontward Cuffing is effective and eliminates the back, shoulders and Wrists damage incurred by trying to lie backwards, cuffed Backwards."

Your complaint was rejected at the unit level on October 26, 2015 for being frivolous.

Inmate Dunahue, please be advised according to my review due to safety and security reasons you were restrained properly. If you do not want to be restrained according to policy and procedures, you may be denied services. Therefore, I find no merit to your complaint.

Appeal denied

_____          12-8-15
Director                                        Date

**UNIT LEVEL GRIEVANCE FORM**                              **Attachment I**

*Yellow copy*

Unit/Center **VSM**

Name **Dunahue R.**

| FOR OFFICE USE ONLY | |
|---|---|
| GRV. # **VSm 15 -0253** | |
| Date Received: **6-15-15** | |
| GRV. Code #: **50 8** | |

ADC# **106911**      Brks # **I S6.4**    Job Assignment _____

**6/9/15** (Date) STEP ONE: Informal Resolution

**6/15/15** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state **Violations Continue**

why:_____
_____
                                      (Date)

EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why:
_____
_____

*Is this Grievance concerning Medical or Mental Health Services?* **No**  *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, and place, name of personnel involved and how you were affected. (Please Print): Directors: D. Reed, G. Harris and W. Kelley Won't Endoin/WILL WARDENS to stop the excessive painfull and degrading Imposition of restraints on VSM-inmates who needs to be treated by Dental Invisible OFF-SYTE Health Care Providers. Once my shoulder bone will threaten my backrest because. I was cuffed up backwards with a strap fastened/from Cuffs to shackles around my ankles security and a Hygienist laid me down on a rear in chair. During Medical Sessions INN ___ forwards if he's never threatened if Off ___ ted Medical Staff Per. AD ___

**R. Dunahue**                              **6-9-2015**
Inmate Signature                              Date

*If you are harmed/threaten because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance ___ (Yes or No). This form was forwarded to medical or mental health? (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

**Pigg C**           **31936**        _____      **06-09-15**
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received **RECEIVED**

Describe action taken to resolve complaint, including **dates**:
_____

**RECEIVED JUN 1 5 2015 WARNER UNIT**                    **RECEIVED JUL 21 2015**
**INMATE GRIEVANCE SUPERVISOR ADMINISTRATION BUILDING**

Print and Sign Staff Name & Date Returned    **R. Dunahue** Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ___ (Yes or No).

Staff who received Step Two Grievance: **Ricky Webb**         Date: **6-15-15**

Action Taken:_____ (Forwarded to Grievance Officer/Warden/Other) Date:_____

If forwarded, provide name of person receiving this form: _____ Date:_____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-02533

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

June 9, 2015, you grieved that, "Director; D. Reed, G. Harris and W. Kelley won't enjoin Unit Wardens to stop the excessive painful and degrading imposition of restraints on VSM inmates who needs to be treated by Dental, Medical and eye health care providers. Once my shoulder bone was forced out of the socket because: as I was cuffed up backwards with a strap fastened from the cuffs to shackles around my ankles. Security and a hygienist laid me down on a dentist chair. During medical sessions inmates should be cuffed frontwards if he's never threatened or assaulted medical staff per AD#13-161 section (e) 1."

The Warden responded, "AD 14-15 Section Vi. Subsection A & B; A. Department employees shall use or apply proper security procedures and safety precautions when transporting and/or escorting inmates at all times, including but not limited to the following situations:
1. While an inmate(s) is/are being transported and/or escorted on or about an ADC unit;
2. Inmates being transported from and/or to maximum security and/or administrative segregation shall be secured in handcuffs, leg irons and belly chains at all times unless a medical condition or physical injury restricts the application of these devices as directed by medical staff.
However, Inmate Dunahue # 106911 there is no documentation on file in the infirmary that you was seen for a shoulder injury from being hand cuffed in the back. Your last last visit to be seen by the Dentist was in 2/5/15. Inmates will continue to be handcuffed in the back for security and good order of the institution. Therefore, I find this issue without merit."

In my review of this matter, I find that I concur with the unit's response.

Appeal denied

_____          8-28-15
Director                                          Date

IGTT410
3GS

Attachment III

INMATE NAME: Dunahue, Reginald          ADC #: 106911B          GRIEVANCE #: VSM15-02533

WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, Director; D. Reed, G. Harris and W. Kelley won't enjoin Unit Wardens to stop the excessive painful and degrading imposition of restraints on VSM inmates who needs to be treated by Dental, Medical and eye health care providers. Once my shoulder bone was forced out of the socket because: as I was cuffed up backwards with a strap fastened from the cuffs to shackles around my ankles. Security and a hygienist laid me down on a dentist chair. During medical sessions inmates should be cuffed frontwards if he's never threatened or assaulted medical staff per AD#13-161 section (e) 1

AD 14-15 Section Vi. Subsection A & B; A. Department employees shall use or apply proper security procedures and safety precautions when transporting and/or escorting inmates at all times, including but not limited to the following situations:

1. While an inmate(s) is/are being transported and/or escorted on or about an ADC unit;

2. Inmates being transported from and/or to maximum security and/or administrative segregation shall be secured in handcuffs, leg irons and belly chains at all times unless a medical condition or physical injury restricts the application of these devices as directed by medical staff.

However, Inmate Dunahue # 106911 there is no documentation on file in the infirmary that you was seen for a shoulder injury from being hand cuffed in the back. Your last last visit to be seen by the Dentist was in 2/5/15. Inmates will continue to be handcuffed in the back for security and good order of the institution.

Therefore, I find this issue without merit.

_____          _____          7-9-15
Signature of Warden/Supervisor or Designee          Title          Date                RECEIVED

JUL 21 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? It's a Bull Shit response—— No where in it does it say: In medical appointments/ Inmates are in Mechanical Restraints Must be Put On him In a Certain way or Position. A.D.# 13-161, Page No. 4 Section (e) 1 negates Warden Watson Statement. APN Clowers's Not- cs does show Shoulder Issues were Presented by Dunahue, R. that are a result of excessive & Improper Use- Imposition of Cuffs...

IGTT410          Page 1 of 2

_____     _____     _____
Inmate Signature                        ADC#                               Date

RECEIVED

JUL 2 1 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

Mr. Watson

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center VSM

FOR OFFICE USE ONLY

GRV.# VSM 15-03960

Date Received: 8-8-15

GRV. Code #: 800

Name **Reginald Dunahue**          SEP - 1 2015

ADC# **106911**   Brks # **ISO.4**   Job Assignment _____

**9/4/15**  (Date) STEP ONE: Informal Resolution

**9/5/2015** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: **Problem Continues And It Blocks My Access to Health Care.**

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_____

*Is this Grievance concerning Medical or Mental Health Services?* **NO** *If yes, circle one: medical or mental*
**BRIEFLY** state your own complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): Warden Watson Shall be held liable Under the 8th amendment for Showing Deliberate Indifference to my health and Safety because - She Knows Of the harm I've received When Cuffed & Strapped backwards And Lying backwards in a dentist - Patient's Chair and Medical Exam table, But Randy Watson disregards the Possibility I'll be injured again Cuffed & Strapped Backwards on the dentist - Patient's Chair And Medical Exam Table ▉▉▉ She fails to Permit me to be Seen & Treated by dental techs and Nurses/PhYsicians, etc. hand Cuffed frontwards. A.D. 14-42 Page # 4, USE OF RESTRAINTS For MEDICAL SERVICES Section, Advises - HandCuffs Should be Put on ME backwards if I Assaulted, or threatened to Assault Medical Staff before. I haven't done either but Randy Watson didn't Allow me to Go to dental & EYE Care Clinic Calls on 8/25/2015, because I Wouldn't accept being Cuffed by Security backwards.

R. Dunahue
Inmate Signature
_____          **9-1-15**
                                    Date

RECEIVED
SEP - 8 2015

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

---

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date) and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

VARNER UNIT GRIEVANCE

Pigg cc               39936        [signature]         09.01.15
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: Mr Watson advised according to medical that is no medical reasons for you to be cuffed in the front to be seen. Due to violent history you will be cuffed in the rear. You always stated to staff that if you wasn't cuffed in the front you didn't want to be seen, so therefore you are the one that refused medical services.

Pigg 09-03-15                          R. Dunahue 9-3-2015
Staff Signature & Date Returned         Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: **Ricky Wragg**   Date: **9-5-15**
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-03960

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

September 1, 2015, you grieved that, "Warden Watson shall be held liable under the 8th amendment for showing deliberate indifference to my health and safety because she knows of the harm I've received when cuffed & strapped backwards and lying backwards in a dentist patients chair and medical exam table. She fails to permit me to be seen & treated by dental techs and nurses/physicians, etc. handcuffed frontwards. A/D. 14-42 page #4 Use of restraint for medical services section advises handcuffs should be put on me backwards if I assaulted or threatened to assault medical staff before. I haven't done either but Randy Watson didn't allow me to go to dental & eye care clinic calls on 8-25-2015 because I wouldn't accept being cuffed by security backwards."

The Warden responded, "There is no medical reason for you to be cuffed in the front to be seen, due to violent history you will be cuffed in the rear. You always stated to staff that if you wasn't cuffed in the front you didn't want to be seen. So therefore you are the one that refused medical services.
Therefore, I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied

_____          _____ 11-12-15 _____
Director                                              Date

IGTT410
3GS

Attachment III

INMATE NAME: Dunahue, Reginald          ADC #: 106911B          GRIEVANCE #: VSM15-03960

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, Warden Watson shall be held liable under the 8th amendment for showing deliberate indifference to my health and safety because she knows of the harm I've received when cuffed & strapped backwards and lying backwards in a dentist patients chair and medical exam table. She fails to permit me to be seen & treated by dental techs and nurses/physicians, etc. handcuffed frontwards. A/D. 14-42 page #4 Use of restraint for medical services section advises handcuffs should be put on me backwards if I assaulted or threatened to assault medical staff before. I haven't done either but Randy Watson didn't allow me to go to dental & eye care clinic calls on 8-25-2015 because I wouldn't accept being cuffed by security backwards.

There is no medical reason for you to be cuffed in the front to be seen, due to violent history you will be cuffed in the rear. You always stated to staff that if you wasn't cuffed in the front you didn't want to be seen. So therefore you are the one that refused medical services.

Therefore, I find this issue without merit.

_____          _____   10-2-15
Signature of Warden/Supervisor or Designee          Title                          Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? Medical and dental Procedures are Made Painful for Us all being laid backwards hogtied.

RECEIVED

OCT 1 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

_____          106911          10/6/15
Inmate Signature                          ADC#                          Date

IGTT410                          Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM** (Attachment II)

Unit/Center _VSM_

Name _Reginald Dunahue_

ADC# _106911_   Brks# _I SO.4_   Job Assignment _____

RECEIVED *(stamp)* SEP 14 2015 VARNER UNIT GRIEVANCE

FOR OFFICE USE ONLY

GRV. # _VSm 15-04071_

Date Received: _9-14-15_

GRV. Code #: _717_

_9-9-15_ (Date) STEP ONE: Informal Resolution

_9/13/15_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: _Unit Policy has been defied And continues to be by Randy Watson, And he's created a health Care block._

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ **No** _If yes, circle one: medical or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print) _Mr. Randy Watson and Captain Stephens on 9/01 and 9/02-2015 did not allow me to Appear at Medical Check Ups, Screenings And X-Ray Procedures. They didn't allow me to Appear because I insisted that Lt. Plummer & Lt. Shaw hand cuff me front wards to prevent injury to my shoulder and Wrists being done again——— Medical Health Care Service-Access for me is an inviolable right, And the hog tie Style of Cuffing me inflicts Pain & Injury When being treated by Health Care Providers._

_Randy Watson allows 20 or more non-restrained Varner inmates to be in VSM hallways and Carrying tools  While I & other fully Cuffed & shackled AD/SEG inmates Are Led to the treatment room—— So, it's not safe for me to even be Led to Medical, dental, And Optometry Calls; and VSM Policy requires All NON-Secured inmates be removed from VSM hallways before I'm led to the treatment room. Now, I want Randy Watson to have a Security Chief hand cuff me front wards, And Lead me to the EYE Care Clinic, And have inmates locked down before._

Inmate Signature _R. Dunahue_          Date _9-9-2015_

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

_____      _____      _____      _09-14-15_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received RECEIVED

Describe action taken to resolve complaint, including dates: _____

OCT 20 2015 INMATE GRIEVANCE SUPERVISOR ADMINISTRATION BUILDING

_____      _R. Dunahue_
Staff Signature & Date Returned      Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _SGT Kyas_          Date: _9-13-15_

Action Taken: _SGT R. Cox_ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____   Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410                                                                                    Attachment III
3GS

INMATE NAME: Dunahue, Reginald          ADC #: 106911B          GRIEVANCE #: VSM15-04071

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, Mr. Randy Watson and Captain Stephens on 9-01 and 9-02-2015 did not allow me to appear at medical check up's screening and x-ray procedures. They didn't allow me to appear because I insisted Lt. Plummer & Lt. Esaw handcuff me frontwards to prevent injury to my shoulder and wrist being done again. Medical health care service access for me is an inviolable right and the hog tie style of cuffing me inflicts pain and injury when being treated by health care providers. Randy Watson allows 20 or more non-restrainted Varner inmates to be in VSM hallways and carrying tools while I & other fully cuffed & shackled AD/seg inmates are led to the treatment room. So it's not safe for me to even be led to medical dental and optometry calls and VSM before I'm led to the treatment room. Now I want Randy Watson to have a security chief handcuff me frontwards and lead me to the eye care clinic and have inmates locked down before.

Inmates that are housed in the Varner Supermax are cuffed behind their backs at all times, unless Administration advise otherwise. Be advise medical treatment does not suggest that security cuff inmates in the front. Therefore, I find this issue without merit.

_____                    _____        10-8-15
Signature of Warden/Supervisor or Designee    Title                            Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? ADC forbids the Application Of torture & Inhumane Treatment Of Prisoners —— When the Doctors Needs Med-Patients to lay backwards on the table And there's HandCuffs on the Guy ▓▓ Pain is felt And it's in the Wrists! It's Blood Circulation Stoppage also! So the HandCuffing Method For Now is Wrong—if Medical Procedures Calls for Patients to lay backwards.

_Reginald Dunahue_                    106911                    10/18/15
Inmate Signature                      ADC#                      Date
                                                                RECEIVED

                                                                OCT 20 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-04071

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

September 9, 2015, you grieved that, "Mr. Randy Watson and Captain Stephens on 9-01 and 9-02-2015 did not allow me to appear at medical check up's screening and x-ray procedures. They didn't allow me to appear because I insisted Lt. Plummer & Lt. Esaw handcuff me frontwards to prevent injury to my shoulder and wrist being done again. Medical health care service access for me is an inviolable right and the hog tie style of cuffing me inflicts pain and injury when being treated by health care providers. Randy Watson allows 20 or more non-restrainted Varner inmates to be in VSM hallways and carrying tools while I & other fully cuffed & shackled AD/seg inmates are led to the treatment room. So it's not safe for me to even be led to medical dental and optometry calls and VSM before I'm led to the treatment room. Now I want Randy Watson to have a security chief handcuff me frontwards and lead me to the eye care clinic and have inmates locked down before."

The Warden responded, "Inmates that are housed in the Varner Supermax are cuffed behind their backs at all times, unless Administration advise otherwise. Be advise medical treatment does not suggest that security cuff inmates in the front. Therefore, I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied

_____          12-1-15
Director                                      Date

IGTT430                          Page 1 of 1

Major Malone

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center VSM

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # VSM15-02844 |
| | Date Received: 7-1-15 |
| | GRV. Code #: 508 |

Name Reginald Dunahue

ADC# 106911   Brks # ISO.4   Job Assignment _____

JUN 25

6/25/15 (Date) STEP ONE: Informal Resolution

6/30/15 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: *The medical dept Nor Security was Advised of major Malone's Declaration*

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* **NO** *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print) The Excessive & Indurious way I've been backwards handcuffed by VSM Officers Just to be treated by the Health Care Staff has resulted in Me being unable to lie down and back when the Health Care folks needed Me to So they could EKG-test me, and do dental work. Attempting to recline in a dental chair, My left shoulder "Popped Out of Socket" as result- So APN(s) Bland and Clowers haven't been able to EKG-test me. And I have a right, Constitutionally, to be EKG tested. MEDICAL ATTENTION in the VSM Unit is bloc Ked or ◼ Made to be humiliating by the way I'm handcuffed.

On Page #4 Of
AD.13-161 Stipulates; Handcuffs will be applied on me to the front if Medical Staff hasn't been assaulted by me Or, feels safe by me.

R. Dunahue

RECEIVED
JUL 1 2015
VARNER MEDICAL

Inmate Signature                              6/25/2015

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____  Date _____

Pigee                    3993    Pigee                    06-25-15
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number   Staff Signature         Date Received

Describe action taken to resolve complaint, including dates: Major Malone advised inmates that need to be cuffed in front the medical staff will advised her and she will approve for you to be cuffed in front.

Pigee 06-30-15                          R Dunahue 6-30-2015
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on 06 30 15 (date), pursuant to **Step Two.** Is it an Emergency? **N** (Yes or No).
Staff Who Received Step Two Grievance: Pigee    Date: 06 30 15

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date RECEIVED
If forwarded, provide name of person receiving this form: _____ Date: _____

AUG 0 4 2015

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-02844

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

June 25, 2015, you grieved that, "The excessive & injurous was I've been backwards handcuffed by VSM. Officers just to be treated by the health care staff has resulted in me being unable to lie down and back when the health care folks needed me to, so they could EKG test me and do dental work. Attempting to recline in a Dental chair. My left shoulder popped out of socket as result so APN (s) Bland and Clowers haven't been able to EKG test me. And I have a right constitutionally to be EKG tested. Medical attention in the VSM Unit is blocked or made to be humiliating by the way I'm handcuffed. On page #4 of AD 13-161 stipulates: Handcuffs will be applied on me to the front if medical staff hasn't been assaulted by me or, feel safe."

The Warden responded, "AD: 13-161 was superseded by AD: 14-42. Page 4 of AD: 14-42 states in part: E. Behavior Control Use of Restraints for Medical/Mental Health Treatment Services -
1. Any inmate who has threatened or engaged in any type of assault against Medical/Mental Health staff may be restrained with handcuffs behind the back or secured with belly chains prior to receiving medical/mental health treatment. Leg irons may also be used at the discretion of security staff, or at the request of the individual rendering treatment. If the treatment requires physical contact with the inmate, the inmate is to be removed from the cell into an area where resistance can be handled with minimum risk to treatment and security staff. In addition, a Correctional Officer must remain in the immediate area to provide assistance as requested while treatment is being rendered. Correctional Officers shall maintain confidentiality of what is discussed during treatment.
According to AD: 14-16 you have failed to provide specific details that is
specific as to the substance of the issue or complaint to include the date, place,
personnel involved or witnesses, and how the policy or incident affected the
inmate submitting the form. In order for a meaningful and thorough investigation specific details are required. You are simply making vague and broad allegation concerning being handcuffed and receiving treatment while being handcuffed. If you have a specific incident with specific details, you should submit it for review.
Therefore, I find this issue without merit."

In my review of this matter, I find that I concur with the unit's response.

Appeal denied

_____          9·16-15
Director                                 Date

IGTT410
3GS

Attachment III

INMATE NAME: Dunahue, Reginald        ADC #: 106911B        GRIEVANCE #: VSM15-02844

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, The excessive & injurous was I've been backwards handcuffed by VSM. Officers just to be treated by the health care staff has resulted in me being unable to lie down and back when the health care folks needed me to, so they could EKG test me and do dental work. Attempting to recline in a Dental chair. My left shoulder popped out of socket as result so APN (s) Bland and Clowers haven't been able to EKG test me. And I have a right constitutionally to be EKG tested. Medical attention in the VSM Unit is blocked or made to be humiliating by the way I'm handcuffed. On page #4 of AD 13-161 stipulates: Handcuffs will be applied on me to the front if medical staff hasn't been assaulted by me or, feel safe

AD: 13-161 was superseded by AD: 14-42. Page 4 of AD: 14-42 states in part: E. Behavior Control Use of Restraints for Medical/Mental Health Treatment Services -
1. Any inmate who has threatened or engaged in any type of assault against Medical/Mental Health staff may be restrained with handcuffs behind the back or secured with belly chains prior to receiving medical/mental health treatment. Leg irons may also be used at the discretion of security staff, or at the request of the individual rendering treatment. If the treatment requires physical contact with the inmate, the inmate is to be removed from the cell into an area where resistance can be handled with minimum risk to treatment and security staff. In addition, a Correctional Officer must remain in the immediate area to provide assistance as requested while treatment is being rendered. Correctional Officers shall maintain confidentiality of what is discussed during treatment.
According to AD: 14-16 you have failed to provide specific details that is
specific as to the substance of the issue or complaint to include the date, place,
personnel involved or witnesses, and how the policy or incident affected the
inmate submitting the form. In order for a meaningful and thorough investigation specific details are required. You are simply making vague and broad allegation concerning being handcuffed and receiving treatment while being handcuffed. If you have a specific incident with specific details, you should submit it for review.

Therefore, I find this issue without merit.

Signature of Warden/Supervisor or Designee        Title        Date: 7-23-15

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? Be advised! Generally the VSM-Warden Prohibits inmates to be Cuffed frontwards during Dental & Medical appointments, Eventhough AD 14-42 opposes that —

RECEIVED
AUG 0 4 2015

R. Dunahue #106911 7/25/15

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT410        Page 1 of 2

Ms. Thompson

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _VSM_

Name _Reginald Dunahue_

ADC# _106911_   Brks # _DSO#4_ Job Assignment JUN 18 2015

FOR OFFICE USE ONLY

GRV. # _VSM16-0279_

Date Received: _6-26-15_

GRV. Code #: _80D_

_6/18/15_ (Date) STEP ONE: Informal Resolution

_6/25/15_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _No Correction made_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _NO_ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel
involved and how **you** were affected. (Please Print): _The Unit A.R.O. Grievance Officer,_
_Gloria Thompson, Nor the Peoples who take up step#1 grievances - does any_
_type Nor degree of Investigation or Complaints that I've submitted abo-_
_ut; Mis-use of force; denial of equitable disciplinary appeal reviews; Obst-_
_ruction to painless Medical and Dental help; backward Handcuffing to_
_straps hooked to ankle Chains)_ ▓▓; Assault; Lying, disciplinary false re-_
_porting of staff; Falsifying records, and violating my Con St. Rights._

_Witnesses to acts/Episodes Never are interviewed; camera Recordings of_
_acts, and events is Never credited; And Remedial steps by A.R.O., Cantrell_
_Is Never Made. Dorothy Smith, the Problem Resolution Officer --- Never re-_
_solves grievances she takes up from Me._

_R. Dunahue_                                                              _6/18/15_
Inmate Signature                                                           Date

RECEIVED
JUN 26 2015

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ VARNER UNIT (date), and determined to be Step One and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

_Higgee_                    _34936_              _[signature]_                    _6/18/15_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number      Staff Signature                  Date Received

Describe action taken to resolve complaint, including date: _Ms. Cantrell advised you have listed multiple_
_issues without providing specific details. However if you disagree with the Warden's or HSA_
_responses you have the option to appeal to the next level._

_[signature] 6.23.15_                                      _R. Dunahue_
Staff Signature & Date Returned                          Inmate Signature & Date Received

This form was received on _6.25.15_ (date), pursuant to Step Two. Is it an Emergency? _N_ (Yes or No).
Staff Who Received Step Two Grievance: _[signature]_ Date: _6.25.15_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

AUG 04 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATIVE REVIEW OFFICE

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**–Grievance Officer; **ORIGINAL**–Given back
to Inmate After Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-02798

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

June 18, 2015, you grieved that, "The Unit ARO Grievance Officer Gloria Thompson, nor the people who take up step #1 grievances does any type nor degree of investigation of complaint that I've submitted about mis use of force denial of equitable disciplinary appeal reviews obstruction to painless medical and dental help ( backward handcuffing to straps hooked to ankle chains assault, lying ,disciplinary false reporting by staff, falsifying records and violating my Const. rights. Witness to acts/episodes never are interviewed camera recordings of acts and event is never credited and remedial steps by ARO, Cantrell is never made. Dorothy Smith the problem resolution officer never resolves grievances she takes up from me."

The Warden responded, "PER AD: 14-16 Inmate Grievance Procedure 2. Only one Unit Level Grievance Form (Attachment I) can be submitted per grievance and only one problem/issue should be stated in the grievance, not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed. Inmate Dunahue you have listed multiple issues without any specfic details. However, If you disagree with the Warden's or HSA responses you have the option to appeal to next level. Therefore, I find this issue without merit."

In my review of this matter, I find that I concur with the unit's response.

Appeal denied

_____          9 - 15 - 15
Director                                                      Date

IGTT410
3GS

Attachment III

INMATE NAME: Dunahue, Reginald          ADC #: 106911B          GRIEVANCE #: VSM15-02798

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, The Unit ARO Grievance Officer Gloria Thompson, nor the people who take up step #1 grievances does any type nor degree of investigation of complaint that I've submitted about mis use of force denial of equitable disciplinary appeal reviews obstruction to painless medical and dental help ( backward handcuffing to straps hooked to ankle chains assault, lying ,disciplinary false reporting by staff, falsifying records and violating my Const. rights. Witness to acts/episodes never are interviewed camera recordings of acts and event is never credited and remedial steps by ARO, Cantrell is never made. Dorothy Smith the problem resolution officer never resolves grievances she takes up from me.

PER AD: 14-16 Inmate Grievance Procedure 2. Only one Unit Level Grievance Form (Attachment I) can be submitted per grievance and only one problem/issue should be stated in the grievance, not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed. Inmate Dunahue you have listed multiple issues without any specfic details. However, If you disagree with the Warden's or HSA responses you have the option to appeal to next level.

Therefore, I find this issue without merit.

_____          _____          7-22-15
Signature of Warden/Supervisor or Designee          Title          Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?   Refusals to investigate any Grievance is the 1 issue.

_____          106911          RECEIVED   7-24-15
Inmate Signature          ADC#          Date

AUG 0 4 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT410          Page 1 of 1

IGTT410
3GS
Attachment III

INMATE NAME: Dunahue, Reginald      ADC #: 106911B      GRIEVANCE #: VSM15-03964

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to you grievance you state, Use of restraints for medical/mental health treatment: Any inmates who has threaten or engaged in any type of assault against medical/mental health staff may be restrained with handcuffs behind the back or secured with belly chains prior to receiving medical/ mental health treatment. On 8-25-2015 Captain Stephens Lt. Plummers and Sargents Perkins and Price wouldn't apply their handcuffs on me to my front when they came to escort me to to the dental office as I suggested they do in accord to A.D. 14/42. The way that all of restraints be on me maked it painful for me to lie backwards in the dental chair. It's cut off my blood circulation and has caused my shoulder bone to come out of it's socket. Therefore unit Wardens needs to enforce restraint use policy AD 14-42 and put Captains. Lieutenants and Sargents in line with that policy. At no time have I assaulted medical or mental health staff nor have I tried, so handcuffs should've been put on me August 25, 2015 from the front.

AD 14-15 section B. Inmates being transported from and/or to maximum security and/or administrative segregation shall be secured in handcuffs, leg irons and belly chains at all times unless a medical condition or physical injury restricts the application of these devices as directed by medical staff.

Therefore, I find this issue without merit.

_____      RECEIVED _____      10-2-15
Signature of Warden/Supervisor or Designee      Title      Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? It doesn't respond to MY Complaint. Medical health Examinations&dental Examinations and/or work is Painful being hogtied (hand Cuffed backwards With a belt hooked from the handCuffs to leg&ankle Cuffs) and lying backwards.

_____      106911      10-6-15
Inmate Signature      ADC#      Date

IGTT410      Page 1 of 2

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald        ADC #: 106911        GRIEVANCE#:VSM15-03964

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

September 1, 2015, you grieved that, "Use of restraints for medical/mental health treatment: Any inmates who has threaten or engaged in any type of assault against medical/mental health staff may be restrained with handcuffs behind the back or secured with belly chains prior to receiving medical/ mental health treatment. On 8-25-2015 Captain Stephens Lt. Plummers and Sargents Perkins and Price wouldn't apply their handcuffs on me to my front when they came to escort me to to the dental office as I suggested they do in accord to A.D. 14/42. The way that all of restraints be on me maked it painful for me to lie backwards in the dental chair. It's cut off my blood circulation and has caused my shoulder bone to come out of it's socket. Therefore unit Wardens needs to enforce restraint use policy AD 14-42 and put Captains. Lieutenants and Sargents in line with that policy. At no time have I assaulted medical or mental health staff nor have I tried, so handcuffs should've been put on me August 25, 2015 from the front."

The Warden responded, "AD 14-15 section B. Inmates being transported from and/or to maximum security and/or administrative segregation shall be secured in handcuffs, leg irons and belly chains at all times unless a medical condition or physical injury restricts the application of these devices as directed by medical staff.
Therefore, I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied.

_____        11-12-15_____
Director                                                    Date

RECEIVED

OCT 1 4 2015

**INMATE GRIEVANCE SUPERVISOR**
**ADMINISTRATION BUILDING**

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center VSM

Name Reginald Dunahue

ADC# 106911    Brks # I 50.4    Job Assignment July 4, 2015

RECEIVED
SEP 14 2015

**FOR OFFICE USE ONLY**
GRV. # VSM 15-0407B
Date Received: 9-14-15
GRV. Code #: 717

9-9-15    (Date) STEP ONE: Informal Resolution

9-13-15    (Date) STEP TWO: Formal Grievance (ALL complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Warner population Ofc. Piggee didn't resolve the issue.

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* NO  *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print) Mr. Randy Watson puts my safety @ risk of being breached by Randy Watson not removing all Varner population inmates out VSM hallways when I'm excessively cuffed & strolled down, and led to medical & dental appointments here at VSM... Knives, tools and poisonous & flammable liquids are held by Pop. inmates of Varner unit Randy Watson letsbe in the hallways of the VSM. When admin/Seg. inmates are led by Captain Stephens and Lieutenants—Plummer & Esaw to the Medical office, Cuffed & strapped down backwards. It's policy for me, Watson to get all non-cuffed inmates out of VSM hallways when cuffed inmates comes through. ▓ he never does, but Watson states he's concerned about safety when I grieve about the way cuffs are put on me to be provided health care service. It's 20 of non-cuffed Varner inmates in VSM hallways hold-ing brooms, tools and machines when I & other VSM, inmates are led up VSM hallway to the treatment room, and the non-cuffed Varner inmates aren't supposed to be no where around me — They're supposed to be locked down somewhere.

R. Dunahue
Inmate Signature

9-9-2-15
Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** or **Emergency Grievance** _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Piggee    2936    [signature]
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature

RECEIVED
SEP 23 2015
INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

9-09-15
Date Received

Describe action taken to resolve complaint, including dates: _____

R. Dunahue

Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two.** Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: Sgt Ryas    Date: 9-13-15
Action Taken Grievance Box    (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

*Mr 4/29*

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  <u>Dunahue, Reginald</u>    ADC #:  <u>106911B</u>
FROM:  Thompson, Gloria D      TITLE:  <u>ADC Inmate Grievance Coord</u>
DATE:  <u>09/14/2015</u>         GRIEVANCE #:  <u>VSM15-04073</u>

Please be advised, I have received your Grievance dated <u>09/09/2015</u> on <u>09/14/2015</u> .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

*Gloria Thompson*
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○ This Grievance will be addressed by the Warden/Center Supervisor or designee.

○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

□ This Grievance has been determined to be an emergency situation, as you so indicated.

○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◉ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of <u>VSM15-04071</u> , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____  _____  _____
Inmate Signature         ADC #          Date

RECEIVED

SEP 2 3 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald        ADC #: 106911        GRIEVANCE#:VSM15-04073

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

September 9, 2015, you grieved that, "Mr. Randy Watson puts my safety @ risk of being breached by Randy Watson not removing all Varner population inmates out VSM hallways when I'm excessively cuffed & strapped down and led to medical & dental appointments here at VSM. Knives, tools and poisonous & flammable liquids are held by pop. inmates of Varner unit Randy Watson lets be in the hallways of the VSM. When admin/Seg. inmates are led by Captain Stephens and Lieutenants Plummer & Esaw to the medical office, cuffed & strapped down backwards. It's policy for Mr. Watson to get all non-cuffed inmates out of VSM hallways when cuffed inmates come through. He never does, but Watson states he's concerned about safety when I grieve about the way cuffs are put on me to be provided health care service. It's 20 or more non-cuffed Varner inmates in VSM hallways holding brooms, tools and machines when I & other VSM inmates are led up VSM hallway to the treatment room and the non-cuffed Varner inmates aren't supposed to be no where around me they're supposed to be lock down somewhere."

September 14, 2015, your complaint was rejected at the unit level because it was a duplicate of VSM-15-04071, and no further action is necessary.

You have failed to follow the grievance policy, by submitting a complaint that is a duplicate of VSM-15-04071. Therefore, I will not address the merits of your appeal which is denied.

Appeal denied

_____        10-27-15
Director                                Date

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __VSM__

FOR OFFICE USE ONLY

GRV. # __VSM 15-5077__

Date Received: __11-23-15__

GRV. Code #: __690__

Name __Reginald Dunahue__

ADC # __106911__    Brks # __I-301__    Job Assignment _____

__11.17.2015__ (Date) STEP ONE: Informal Resolution

__11.21.15__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __My Rights Are Violated__

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* __YES__ *If yes, circle one:* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): Mechanical Restraints And belts Applied On myself Just to Be Examined And/Or Treated Are excessive, And has Inflicted intense discomfort & Pain On my Wrists, back And shoulders When I have Attempted to Lie backwards for Dental Professionals to do work On Me. This is the reason I've not been Given Dental & Medical Care here — However Nurses Raw, Rhodes, Clowers And Bootner falsified medical reports during April, May, June and July of 2015 to read like they all had Checked my blood Pressure, heart rate, breathing, Oxygen and weight After I'd been maced —— It's all been omitted b/c Lt. Herrington, Lt. Plummer, Captain Richardson, Wardens Andrews & Watson And More Had me Hog Tied When nurses Came to Examine me.. Plus these folks had me Locked in a "Shower at the time so none of the nurses Couldn't see, touch, nor Hear me —— CIO's discourage Nurses Who wants to Execute their duties here —but nobody at the Medical Office Cares; And People here doing the discouraging & interfering w/Medic Care denies doing it. The Same people do it.

R. Dunahue
Inmate Signature

November 17-2015
Date

RECEIVED DEPT. DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
FEB 02 2016
HEALTH & CORRECTIONAL PROGRAMS

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an **Emergency** _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: D. Owells   Date 11/18/15

PRINT STAFF NAME (PROBLEM SOLVER) __Pigge__   ID Number __349.36__   Staff Signature __Pigge__   Date Received __11.17.15__

Describe action taken to resolve complaint, including dates: Your one complaint/concern is Unclean address ADC issues with ADC. You state "April, May, June and July of 2015." These dates are outside of your allowed filing days. I gave it to Nurse Ms. Bootner, NP denies falsify documents. You got alleged Dr. Owells. 11/18/15

Staff Signature & Date Returned __D. Owell 11/18/15__   Inmate Signature & Date Received __Dunahue 11-19-15__

This form was received on __11-21-15__ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: __Sgt Berithinhouse__   Date: __11-21-15__
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: __11-21-15__
If forwarded, provide name of person receiving this form? __D. Owell 11/23/15__   Date: _____

RECEIVED
NOV 23 2015
VARNER UNIT GRIEVANCE

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM16-00280

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

January 20, 2016, you grieved that, "In response to your grievance, you state, unfair treatment by VSM Captain Stephens.. Please read response(s) to grievance (s) marked: VSM 15-0364,15-03960,15-04071,15-04324,15-03964, 15-04602,15-04799,15-03641: On 1-8-16 Capt. Stephens directed Sgt. Williams to go against the restriction advanced by Capt. Stephens and Warden Watson. I/M peoples #142226 on 1-8-16 was taken out of handcuffs by Sgt. Williams inside of of Major⁻ s office and Sgt. Williams recuffed I/m peoples to his front. Sgt. Lloyd & Lt. Warren led I/M Peoples down VSM hall w/ Peoples handcuffed to the front on 1-8-16 with Stephens⁻ s Okay."

The Warden responded, "If you disagree with the response to your grievance, you have the option to appeal to the next level. The Deputy's decision is final; If you are not satisfied with the Chief Deputy Director's decision to your grievance, then you have exhausted your administrative remedies in regards to your Grievance. There is no evidence that you were involved in an incident with this inmate on 1-8-2016 and how another inmate may or may not be handcuffed is not relevant to your complaint as you were not privileged to what may or may not have transpired during the transport of another inmate. Therefore, I find this issue without merit."

After reviewing all supporting documentation, I have determined that I concur with the Warden's response of having no merit. I am unable to substantiate your claims that policy and procedures were violated.

Appeal denied

Director                                   Date   3-24-16

IGTT410
3GS

Attachment III

INMATE NAME: <u>Dunahue, Reginald</u>     ADC #: <u>106911B</u>     GRIEVANCE #: <u>VSM16-00280</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

Inmate Dunahue, you state: unfair treatment by VSM Captain Stephens.. Please read response(s) to grievance (s) marked: VSM 15-0364,15-03960,15-04071,15-04324,15-03964, 15-04602,15-04799,15-03641: On 1-8-16 Capt. Stephens directed Sgt. Williams to go against the restriction advanced by Capt. Stephens and Warden Watson. I/M peoples #142226 on 1-8-16 was taken out of handcuffs by Sgt. Williams inside of Majors office and Sgt. Williams recuffed I/m peoples to his front. Sgt. Lloyd & Lt. Warren led I/M Peoples down VSM hall w/ Peoples handcuffed to the front on 1-8-16 with Stephenss Okay.

If you disagree with the responses to your grievances, you have the option to appeal to the next level. The Deputy's decision is final; if you are not satisfied with the Chief Deputy Director's decision to your Grievances, then you have exhausted your administrative remedies in regards to your Grievances. There is no evidence that you were involved in an incident with this inmate on 01/08/2016 and how another inmate may or may not be handcuffed is not relevant to your complaint as you were not privileged to what may or may not have transpired during the transport of another inmate.

Therefore, I find this issue without merit

| | | |
|---|---|---|
| Tony Ueda | Deputy Warde | 2-10-16 |
| Signature of Warden/Supervisor or Designee | Title | Date |

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? *It's Vague and Evades the Merit of the Complaint.*

| | | |
|---|---|---|
| Dunahue, R | 106911 | REC'D 2-11-16 |
| Inmate Signature | ADC# | Date |

FEB 17 2016

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT410                Page 1 of 1

*Mr. Budnik*

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _V5M_

Name _Reginald Dunahue_                FEB 11 2016

| FOR OFFICE USE ONLY |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

ADC# _106911_    Brks # _150-4_    Job Assignment _____

_2/11/16_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _NO_ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): VSM Warden Budnik forces Pain & Injury on IM-Dunahue. Budnik Condones for Captain Stephens to frontward Cuff IM-Dunahue And IM-T. Peoples for interviews, but denies IM-Dunahue dental care if he insists Lt.Warren frontward Cuff him to Prevent Pain & Injury Lying back & Cuffed to the back Causes. R.Dunahue's request for these Officials to Contact Deputy Dir. Reed about the falsification have been Unacknowledged.

_Dunahue, R._                                    _2/11/2016_
Inmate Signature                                  Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Pigage_          _39936_       _(sig)_                      _02.17.16_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature        Date Received

Describe action taken to resolve complaint, including dates: Mr. Budnik advised he discussed with you on 02.18.16 about reasons for you to be in restraints. Unless needed to sign something, write a statement or for medically necessary reasons are the only reasons to have restraints to the front.

_(sig) 02.17.16_
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Dunahue, Reginald          ADC #: 106911          GRIEVANCE#:VSM15-05077

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

November 17, 2015, you grieved that, " Mechanical restraints and belts applied on myself just to be examined and/or treated are excessive, and has inflicted intense discomfort & pain on my wrists, back and shoulders when I have attempted to lie backwards for dental professionals to do work on me. This is the reason i've not been given dental & medical care here- However Nurses Row, Rhodes, Clowers and Boatner falsified medical reports during April, may, June and July of 2015 to read like they all had checked my blood pressure, heart rate, breathing, oxygent and weight after i'd been maced- It's all been omitted b/c Lt. Herrington, Lt. Plummer, Captain Richardson, Wardens, Andrews & Watson, and more had me hog tied when nurses came to examine me.. plus these folks had me locked in a shower at the time so none of the nurses couldn't see , touch, nor hear me- c/o's discourage nurses who wants to execute their duties here nobody of the medical office cares; And people here doing the discouraging & interfering w/medic care denies doing it. The same for dental."

After reviewing this Grievance, documentation and the statements gathered from staff, I find no merit to your complaint and no further action is warranted from my office at this time.

Appeal denied

_____          8-24-16
Director                                            Date

150 (max)

4/7/20

IGTT420
3GH

Attachment IV

INMATE NAME: Dunahue, Reginald     ADC #: 106911B     GRIEVANCE #: VSM15-05077

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(619) Your grievance dated 11/17/15 has been received and reviewed. You grieved mechanical restraints while being examined are excessive and inflict pain and discomfort. You also stated several nurses falsified medical records during April, May, June and July after you were sprayed with mace.
ADC policy dictates the need for mechanical restraint and type of restraint used. You were seen on 11/15/15 by APN Griswold and requested a cuff in front script for dental work. Griswold noted this was not indicated at that time. Due to the vagueness of the complaint of falsifying records, this matter cannot be accurately investigated. I find this grievance without merit.

RECEIVED - DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION

FEB 02 2016

HEALTH & CORRECTIONAL PROGRAMS

| | | |
|---|---|---|
| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Jason M Kelley | 12/23/2015 |
| | Title | Date |

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? ADC doesn't permit Mechanical restraints to be used in way that deters me from going to dental Care Sites u ADC Just requires handcuffs and/or Shackles be Put on me before I exit a Cell u

Dunahue, R          106911          12-28-15

R. Dunshee

Inmate Signature                    10691          12-28-15
                                    ADC#             Date


RECEIVED - DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION

FEB 0 2 2016

HEALTH & CORRECTIONAL PROGRAMS