IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**REGINALD DUNAHUE**                                                                              **PLAINTIFF**
ADC #106911

v.                              **CASE NO. 5:16-CV-00105 BSM**

**KENNIE BOLDEN, et al.**                                                      **DEFENDANTS**

**ORDER**

The partial recommended disposition ("PRD") submitted by U.S. Magistrate Judge J. Thomas Ray [Doc. No. 90] and plaintiff Reginald Dunahue's objections [Doc. Nos. 91] have been reviewed. After reviewing the record, the PRD is adopted.

Accordingly, Dunahue's claims against defendants Bruce Warren, Mary Lloyd, William Williams, Bruce McConnell, Jamarcus Davis, and Joseph Bivens are dismissed without prejudice. Dunahue may proceed with his claims against all other defendants. Dunahue's request for a hearing [*see* Doc. No. 91 at 1] is denied.

IT IS SO ORDERED this 5th day of January 2017.

_____
UNITED STATES DISTRICT JUDGE