**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**REGINALD DUNAHUE**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #106911**

v.　　　　　　**CASE NO. 5:16-CV-00105 BSM**

**KENNIE BOLDEN, et al.**　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 92] has been reviewed. No objections have been filed. After reviewing the record, the PRD is adopted.

Accordingly, plaintiff Reginald Dunahue's second motion for a preliminary injunction [Doc. No. 88] is denied. It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 24th day of January 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE