# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**REGINALD DUNAHUE**  **PLAINTIFF**
**ADC #106911**

v.  CASE NO. 5:16-CV-00105 BSM

**KENNIE BOLDEN, et al.**  **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 117] has been reviewed. Although plaintiff Reginald Dunahue titled his response as an "objection," his filing takes no issue with Judge Ray's findings of fact or conclusions of law, but merely characterizes Judge Ray's recommendation as "slanderous, malicious and . . . prejudicial." Doc. No. 118. Nevertheless, after reviewing the record, the RD is adopted.

Accordingly, defendants' motion for summary judgment [Doc. No. 102] is granted, and Dunahue's excessive force and inadequate medical claims against defendants Kennie Bolden, John Rodgers, Brandon James, Lisa Childress, Brian Perkins, Randy Watson, Moses Jackson, Jeremy Andrews, Chris Budnik, and Marshall Reed are dismissed with prejudice. The claims against defendants Bruce Warren, Joseph Bivens, Mary Lloyd, Bruce McConnell, William Williams, and Jamarcus Davis, have already been dismissed without prejudice. Doc. No. 94. Therefore, having disposed of all claims against all defendants, this case is closed.

IT IS SO ORDERED this 31st day of July 2017.

_____
UNITED STATES DISTRICT JUDGE