# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**REGINALD DUNAHUE**                                                    **PLAINTIFF**
**ADC #106911**

v.                    **CASE NO. 5:16-CV-00105 BSM**

**KENNIE BOLDEN, et al.**                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, judgment is entered for defendants Kennie Bolden, John Rodgers, Brandon James, Lisa Childress, Brian Perkins, Randy Watson, Moses Jackson, Jeremy Andrews, Chris Budnik, and Marshall Reed, and the claims against them are dismissed with prejudice. The claims against defendants Bruce Warren, Joseph Bivens, Mary Lloyd, Bruce McConnell, William Williams, and Jamarcus Davis, were previously dismissed without prejudice. Doc. No. 94.

DATED this 31st day of July 2017.

_____
UNITED STATES DISTRICT JUDGE